**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-2056
(973) 624-7070 FAX

**SIDLEY AUSTIN LLP**
Yolanda C. Garcia, Esq. (*pro hac vice to be filed*)
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
(214) 981-34145
(214) 981-3400 FAX

**SIDLEY AUSTIN LLP**
Elizabeth Y. Austin, Esq. (*pro hac vice to be filed*)
One South Dearborn
Chicago, IL 60603
(312) 853-7405
(312) 853-7036 FAX

Attorneys for Defendants
   *Organon & Co., Kevin Ali and Matthew Walsh*

|  |  |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>               Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:25-cv-05322-JXN-CLW<br>Honorable Julien Xavier Neals<br>Honorable Cathy L. Waldor<br><br>**ORDER ADMITTING ELIZABETH Y. AUSTIN, ESQ. *PRO HAC VICE*.** |

**THIS MATTER** having come before the Court by McCarter & English, LLP, attorneys for Defendants Organon & Co., Kevin Ali and Matthew Walsh for an Order, pursuant to Local Rule 101.1(c), permitting Elizabth Y. Austin, Esq. to appear and participate *pro hac vice* on behalf of Defendants Organon & Co., Kevin Ali and Matthew Walsh and Counsel for Plaintiffs, having

ME1\53642729.v1

consented to the Entry of this Order; and the Court having considered this mater pursuant to Federal Rule of Civil Procedure 78 and good cause having been shown; there being no opposition to this application; and for good cause shown,

It is on this 27th day of June, 2025,

**ORDERED** that the application for the *pro hac vice* admission of Elizabeth Y. Austin, Esq. on behalf of Defendants in this matter is GRANTED; it is further

**ORDERED** that Elizabeth Y. Austin, Esq. shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; it is further

**ORDERED** that Elizabth Y. Austin, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from her participation in this matter; it is further

**ORDERED** that David R. Kott, Esq. shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c), (b) be served all papers in this action and such service shall be deemed sufficient service upon Elizabeth Y. Austin, Esq. (c) sign (or arrange for a lawyer in her firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court, (d) appear (or arrange for a lawyer in her firm admitted to practice in New Jersey to appear) at all proceedings, and (e) be responsible for the conduct of the cause and counsel in this matter; it is further

**ORDERED** that Elizabeth Y. Austin, Esq. shall make a payment to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a) and shall continue to make such payments for any year in which she continues to represent a client in a matter pending in this Court; it is further

ME1\53642729.v1

**ORDERED** that Elizabeth Y. Austin, Esq. shall make a payment of $250 payable to the Clerk of the Court; and it is further

**ORDERED** that Elizabeth Y. Austin, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended; and it is further

**ORDERED** that all terms of the Orders entered in this case shall remain in full force and effect and no delay in any other proceeding shall occur because of the participation of Ms. Austin or her inability to attend any proceedings; and it is further

**ORDERED** that counsel for the moving party provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).

s/ **Cathy L. Waldor**
HON. CATHY L. WALDOR, U.S.M.J.

ME1\53642729.v1