Christopher A. Seeger
Stephen A. Weiss
Justin M. Smigelsky
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100

*Liaison Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, ) | No. 2:25-cv-05322-JXN-CLW |
| ) | |
| Plaintiff, ) | CLASS ACTION |
| ) | |
| ) | NOTICE OF MOTION FOR |
| vs. ) | CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ) | |
| ORGANON & CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | MOTION DAY:   August 18, 2025 |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated, ) | No. 2:25-cv-12983-JXN-CLW |
| ) | |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ORGANON & CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

4905-1624-8406

PLEASE TAKE NOTICE that on August 18, 2025, or such other date and time that the Court designates, the undersigned counsel for proposed lead plaintiff Teamsters Local 710 Pension Fund ("Teamsters 710") will respectfully move before the Honorable Julien Xavier Neals in Courtroom MLK 5D of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an Order: (i) consolidating the above-captioned related securities class actions, *Hauser v. Organon & Co.*, No. 2:25-cv-05322 (D.N.J.), and *Lerner v. Organon & Co.*, No. 2:25-cv-12983 (D.N.J.); (ii) appointing Teamsters 710 as Lead Plaintiff; and (iii) approving Teamsters 710's selection of Robbins Geller Rudman & Dowd LLP and Cohen Milstein Sellers & Toll PLLC to serve as Lead Counsel. The undersigned intends to rely upon the annexed Brief and Declaration of Christopher A. Seeger. A proposed Order accompanies this Motion.

DATED: July 22, 2025

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
JUSTIN M. SMIGELSKY

s/ *Christopher A. Seeger*
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
cseeger@seegerweiss.com
sweiss@seegerweiss.com
jsmigelsky@seegerweiss.com

*Liaison Counsel*

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

COHEN MILSTEIN SELLERS
  & TOLL PLLC
CAROL V. GILDEN
200 S. Wacker Drive, Suite 2375
Chicago, IL  60606
Telephone: 312/357-0370
cgilden@cohenmilstein.com

COHEN MILSTEIN SELLERS
  & TOLL PLLC
S. DOUGLAS BUNCH
1100 New York Ave. NW, Suite 800
Washington, DC  20005
Telephone: 202/408-4600
dbunch@cohenmilstein.com

- 2 -

*Proposed Lead Counsel for Proposed
Lead Plaintiff*

- 3 -