Kevin Cooper
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO P.C.**
5 Becker Farm Road
Roseland, N.J. 07068
(973) 994-1700 phone
kcooper@carellabyrne.com
decklund@carellabyrne.com

Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No. 2:25-cv-05322<br><br>**NOTICE OF MOTION AND MOTION OF THE OPERATING ENGINEERS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS** |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case No. 2:25-cv-12983 |

**PLEASE TAKE NOTICE** that class member and proposed lead plaintiff the Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers") respectfully move this Court for an order: (1) appointing the Operating Engineers as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, et seq.; (2) approving the Operating Engineers' selection of Block & Leviton LLP as Lead Counsel and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel for the proposed class; (3) consolidating the above-captioned related cases; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, the Operating Engineers submit the accompanying Memorandum of Law, Declaration of Kevin Cooper and accompanying Exhibits, and a [Proposed] Order.

DATED:  July 22, 2025

Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

*Counsel for Lead Plaintiff Movant Operating Engineers and Proposed Lead Counsel for the Class*

*s/ Kevin Cooper*
Kevin Cooper
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO P.C.**
5 Becker Farm Road

Roseland, N.J. 07068
(973) 994-1700 phone
kcooper@carellabyrne.com
decklund@carellabyrne.com

*Counsel for Lead Plaintiff Movant Operating
Engineers and Proposed Liaison Counsel for the
Class*