Kevin Cooper
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY
& AGNELLO P.C.**
5 Becker Farm Road
Roseland, N.J. 07068
(973) 994-1700 phone
kcooper@carellabyrne.com
decklund@carellabyrne.com

Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No. 2:25-cv-05322<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE OPERATING ENGINEERS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS** |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case No. 2:25-cv-12983 |

Having considered Operating Engineers Construction Industry and Miscellaneous Pension Fund's Motion for Appointment as Lead Plaintiff, Approval of Counsel, and Consolidation (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Hauser v. Organon & Co., et al.*, No. 2:25-cv-05322 and *Lerner v. Organon & Co., et al.*, No. 2:25-cv-12983 are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re ORGANON & CO. SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 2:25-cv-05322<br><br><u>CLASS ACTION</u> |

    a.  The file in Case No. 2:25-cv-05322 shall be the master file for every action in the consolidated action. The docket in the other action shall be administratively closed. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

    b.  All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative

class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

3. The Operating Engineers Construction Industry and Miscellaneous Pension Fund is appointed as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

4. Lead Plaintiff's selection of Block & Leviton LLP as Lead Counsel and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel for the class is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the preparation and filing of all pleadings;

   b. the briefing and argument of all motions;

   c. the conduct of all discovery proceedings including the examination of any and all witnesses in depositions;

   d. settlement negotiations with counsel for defendants;

   e. the pretrial proceedings, preparation for trial, and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

   f. the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

   IT IS SO ORDERED.

DATED: _____          _____

                                 THE HONORABLE JULIEN XAVIER NEALS
                                 UNITED STATES DISTRICT JUDGE