Kevin Cooper
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO P.C.**
5 Becker Farm Road
Roseland, N.J. 07068
(973) 994-1700 phone
kcooper@carellabyrne.com
decklund@carellabyrne.com

Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ORGANON & CO., KEVIN ALI, and MATTHEW WALSH, <br><br> Defendants. | Case No. 2:25-cv-05322 <br><br> **DECLARATION OF KEVIN COOPER IN SUPPORT OF MOTION OF THE OPERATING ENGINEERS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS** |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ORGANON & CO., KEVIN ALI, MATTHEW WALSH and JUAN CAMILO ARJONA FERREIRA, <br><br> Defendants. | Case No. 2:25-cv-12983 |

I, Kevin Cooper, declare as follows:

1. I am a partner at the law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella"), Liaison Counsel for the proposed lead plaintiff the Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers") in the above-captioned actions. I submit this declaration in support of the Operating Engineers' motion for appointment as Lead Plaintiff for the Class and approval of its selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Carella as Liaison Counsel for the Class.

2. Attached are true and correct copies of the following exhibits:

**Exhibit A:** Notice of pendency of class action in connection with the filing of the *Hauser* case published by Levi & Korsinsky, LLP through Globe Newswire on May 23, 2025;

**Exhibit B:** Certification of the Operating Engineers;

**Exhibit C:** Loss estimate of the Operating Engineers, prepared by counsel;

**Exhibit D:** Block & Leviton firm résumé; and

**Exhibit F:** Carella firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 22, 2025 in Roseland, New Jersey.


*s/ Kevin Cooper*
Kevin Cooper