# Exhibit A

Case 2:25-cv-05322-JXN-CF     Document 15-4     Filed 07/22/25     Page 2 of 5 PageID: 132



SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has...





# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Organon & Co. Securities and Sets a Lead Plaintiff Deadline of July 22, 2025

May 23, 2025
13:16 ET      | Source: Levi & Korsinsky, LLP

Follow

## Company Profile

Levi & Korsinsky, LLP

**Industry:**
Specialized Consumer Services

**Website:**
https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

NEW YORK, May 23, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To:** All persons or entities who purchased or otherwise acquired securities of Organon & Co. ("Organon" or the "Company") (NYSE: OGN) <u>between October 31, 2024, to April 30, 2025, both dates inclusive.</u> <u>You are hereby notified</u> that the class action lawsuit *Joseph Hauser v. Organon & Co., et al.* (Case No. 2:25-cv-05322) has been commenced in the United States District Court for the District of New Jersey. To get more information **go to:**

Share





https://zlk.com/pslra-1/organon-co-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

Case 2:25-cv-05322-JXN-CF       Document 15-4       Filed 07/22/25       Page 3 of 5 PageID: 133



materially false and misleading statements and/or concealing material adverse facts concerning the true state of Organon's priorities, particularly, related to capital allocation through quarterly dividends. Notably, defendants concealed the high priority of Organon's debt reduction strategy following the Company's acquisition of Dermavant, resulting in a 70% decrease for the regular quarterly dividend.

Following this news, the price of Organon's common stock declined dramatically. From a closing market price of $12.93 per share on April 30, 2025, Organon's stock price fell to $9.45 per share on May 1, 2025, a decline of more than 27% in the span of just a single day.

**If you suffered a loss in OGN securities, you have until July 22, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

**Tags**

Class Action

Case 2:25-cv-05322-JXN-CF     Document 15-4     Filed 07/22/25     Page 4 of 5 PageID: 134



SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has...

July 14, 2025 16:30 ET │ Source: Levi & Korsinsky, LLP

## Levi & Korsinsky Notifies Shareholders of Reddit, Inc.(RDDT) of a Class Action Lawsuit and an Upcoming Deadline

NEW YORK, July 14, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Reddit, Inc. ("Reddit, Inc." or the "Company") (NYSE: RDDT) of a class action securities lawsuit. CLASS...

Read More

July 14, 2025 16:30 ET │ Source: Levi & Korsinsky, LLP

## Investors in Centene Corporation Should Contact Levi & Korsinsky Before September 8, 2025 to Discuss Your Rights – CNC

NEW YORK, July 14, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Centene Corporation ("Centene" or the "Company") (NYSE: CNC) of a class action securities lawsuit. ...

Read More

# Explore







July 15, 2025 13:06 ET

**MBG token pre-sale sold out in less than 1 hour**

July 15, 2025 13:00 ET

**The Honest Company Launches New and Improved Clean...**

July 15, 2025 12:52 ET

**Goodwin Recruiting Partners with Jacobs P.C. to Ac...**

Ju

S
2

● ● ● ● ●

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

oal News

English





SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has...

**Newswire Distribution Network & Management**

Home

Newsroom

RSS Feeds

Notified

Legal

Contact us

Resources



© 2025 Digital Media Innovations, LLC. All rights reserved.