# Exhibit B

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 11/03/2022 |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund | Class Period End: 04/30/2025 |
| Last-In First-Out ("LIFO") Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 05/01/2025 |
| Security: 68622V106 | Lookback Period End: 07/30/2025 |
| Class Period: November 03,2022 - April 30,2025 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 9.45 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | **0.0000** | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 09/25/2024 | 146.0000 | 19.12 | 2,791.52 | Sale | 12/02/2024 | 146.0000 | 15.60 | 2,277.60 | 0.0000 | (513.92) |
| Purchase | 09/25/2024 | 108.0000 | 19.12 | 2,064.96 | Sale | 02/06/2025 | 108.0000 | 14.89 | 1,608.12 | 0.0000 | (456.84) |
| Purchase | 02/18/2025 | 21.0000 | 15.38 | 322.98 | Sale | 02/25/2025 | 21.0000 | 16.11 | 338.31 | 0.0000 | 15.32 |
| Purchase | 09/25/2024 | 196.0000 | 19.12 | 3,747.52 | Sale | 02/25/2025 | 196.0000 | 16.11 | 3,157.56 | 0.0000 | (589.96) |
| Purchase | 09/24/2024 | 369.0000 | 19.68 | 7,261.92 | Sale | 02/25/2025 | 369.0000 | 16.11 | 5,944.59 | 0.0000 | (1,317.33) |
| Purchase | 09/03/2024 | 1,441.0000 | 22.11 | 31,860.51 | Sale | 02/25/2025 | 1,441.0000 | 16.11 | 23,214.51 | 0.0000 | (8,646.00) |
| Purchase | 08/29/2024 | 913.0000 | 22.49 | 20,533.37 | Sale | 02/25/2025 | 913.0000 | 16.11 | 14,708.43 | 0.0000 | (5,824.93) |
| Purchase | 08/15/2024 | 3,177.0000 | 20.44 | 64,937.88 | Sale | 02/25/2025 | 3,177.0000 | 16.11 | 51,181.47 | 0.0000 | (13,756.41) |
| Purchase | 07/25/2024 | 418.0000 | 22.00 | 9,196.00 | Sale | 02/25/2025 | 418.0000 | 16.11 | 6,733.98 | 0.0000 | (2,462.02) |
| **2A. Total** | | **6,789.0000** | | **142,716.66** | | | **6,789.0000** | | **109,164.56** | **0.00** | **(33,552.09)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 04/04/2025 | 549.0000 | 13.32 | 7,312.68 | | | | | | 549.0000 | (2,120.63) |
| Purchase | 03/07/2025 | 596.0000 | 15.43 | 9,196.28 | | | | | | 596.0000 | (3,559.74) |
| Purchase | 07/25/2024 | 11,266.0000 | 22.00 | 247,852.00 | | | | | | 11,266.0000 | (141,306.36) |
| Purchase | 07/24/2024 | 5,909.0000 | 21.63 | 127,811.67 | | | | | | 5,909.0000 | (71,928.64) |
| **2C. Total** | | **18,320.0000** | | **392,172.63** | | | **0.000** | | **$0.00** | **18,320.0000** | **(218,915.39)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/30/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 25,109.0000 | | 534,889.29 | | | 6,789.0000 | | 109,164.56 | 18,320.0000 | (252,467.48) |
| Grand Total | | 25,109.0000 | | 534,889.29 | | | 6,789.0000 | | 109,164.56 | 18,320.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(252,467.48)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of the Avg. Closing Price or the Actual Sales Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.