# Exhibit C

**Plaintiff's Certification and Authorization**

I, M. Scott Anderson, as Administrator for the Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers"), hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am fully authorized to enter into this Certification on behalf of the Operating Engineers and I have reviewed the complaint filed against Organon, Co. ("Organaon") and certain executives alleging violations of the federal securities laws in *Hauser v. Organon, Co.* et.al., No. 2:25cv05322 (D. N.J.). I am authorized to file this lead plaintiff motion, pursuant to the Private Securities Litigation Reform Act of 1995, and to authorize Block & Leviton LLP to file a motion on behalf of Operating Engineers to serve as lead plaintiff. Operating Engineers has retained Block & Leviton LLP to represent it as Lead Counsel in this action.

2.      Operating Engineers did not purchase the securities that are the subject of this action at the direction of counsel, or to participate in any action arising under the federal securities laws.

3.      Operating Engineers is willing to serve as a representative party on behalf of the Class of investors who purchased or acquired Organon's securities during the Class Period specified in the complaint, including providing testimony at deposition and trial, if necessary.

4.      Operating Engineers' transactions in Organon common stock during the Class Period are set forth in the attached Schedule A.

5.      Operating Engineers is willing to serve as a representative party on behalf of the Class of investors who purchased or acquired Organon securities during the class period specified in the complaints on file, including providing testimony at deposition and trial. I certify on behalf of Operating Engineers that Operating Engineers understands that the Court has the authority to select the most adequate lead plaintiff in this action.

6.      In the three years prior to the date of this Certification, Operating Engineers was appointed as a Lead Plaintiff in *Pembroke Pines Firefighters & Police Officers Pension Fund v. Integra Lifesciences Holdings Corp.*, 23-20321 (MAS) (TJB) (D.N.J.) by order dated June 17, 2024, and this case is still pending. Operating Engineers was appointed as Lead Plaintiff in *Menzione v. Yext, Inc.,* 1:22-cv-05127-JPO (S.D.N.Y.) by order dated September 6, 2022 and the case is no longer pending. Operating Engineers moved for appointment as a Lead Plaintiff in *Zagami v. Wolfspeed*, *Inc.,* 6:24-cv-01395 (N.D.N.Y) and was not appointed.  Operating Engineers filed a complaint in *Operating Engineers Construction Industry and Misc. Pension Fund v. MGP Ingredients, Inc.*, No. 1:24-cv-09685 (D. Ks) and *Operating Engineers Construction Industry and Misc. Pension Fund v. Neogen Corp.,* 1:25-cv-0082 (W.D. Mich.).

7.      Operating Engineers will not accept any payment for serving as lead plaintiff or a representative party on behalf of the Class beyond Operating Engineers' *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2025.

M. Scott Anderson, Fund Administrator
Operating Engineers Construction Industry
and Miscellaneous Pension Fund

# Schedule A

## Operating Engineers Construction Industry Miscellaneous Pension Fund
## Organon, Co. Transactions

Class Period: November 3, 2022 – April 30, 2025

**PURCHASES COMMON STOCK**

| Date | Shares | Share Price | Total Cost |
|---|---|---|---|
| 07/24/2024 | 5909 | 21.63 | $127,811.67 |
| 07/25/2024 | 11684 | 22 | $257,048.00 |
| 08/15/2024 | 3177 | 20.44 | $64,937.88 |
| 08/29/2024 | 913 | 22.49 | $20,533.37 |
| 09/03/2024 | 1441 | 22.11 | $31,860.51 |
| 09/24/2024 | 369 | 19.68 | $7,261.92 |
| 09/25/2024 | 450 | 19.12 | $8,604.00 |
| 02/18/2025 | 21 | 15.38 | $322.98 |
| 03/07/2025 | 596 | 15.43 | $9,196.28 |
| 04/04/2025 | 549 | 13.32 | $7,312.68 |

**SALES COMMON STOCK**

| Date | Shares | Share Price | Total Proceeds |
|---|---|---|---|
| 12/02/2024 | 146 | 15.6 | $2,277.60 |
| 02/06/2025 | 108 | 14.89 | $1,608.12 |
| 02/25/2025 | 6535 | 16.11 | $105,278.84 |