# EXHIBIT B

| Client Name | Walter Alomar |
|---|---|
| Company Name | Organon & Co. |
| Ticker Symbol | OGN |
| Security Type | |
| Class Period Start | 10/31/2024 |
| Class Period End | 4/30/2025 |
| 90-DAY Lookback Period Start | 5/1/2025 |
| 90-DAY Lookback Period End | 7/22/2025 |
| 90-DAY Lookback Average | $ 09.46 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $67,265.68 |
| DURA LIFO* Total | $67,265.68 |
| Gross Shares Purchased | 18,900 |
| Net Shares Retained | 18,900 |
| Net Funds Expended | $246,130.55 |

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-04-2024 | 200 | 16.87 | $ 3,374.00 | | | | | | - | 200 | 200 | $ 09.46 | $ 1,892.75 | $ 1,481.25 | $ 1,481.25 |
| 11-04-2024 | 100 | 16.88 | $ 1,688.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 741.63 | $ 741.63 |
| 11-04-2024 | 100 | 16.87 | $ 1,687.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 740.63 | $ 740.63 |
| 11-04-2024 | 100 | 16.89 | $ 1,689.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 742.63 | $ 742.63 |
| 11-04-2024 | 100 | 17 | $ 1,700.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 753.63 | $ 753.63 |
| 11-04-2024 | 100 | 17.03 | $ 1,703.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 756.63 | $ 756.63 |
| 11-04-2024 | 100 | 17.19 | $ 1,719.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 772.63 | $ 772.63 |
| 11-04-2024 | 100 | 17.26 | $ 1,726.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 779.63 | $ 779.63 |
| 11-05-2024 | 100 | 16.06 | $ 1,606.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 659.63 | $ 659.63 |
| 11-05-2024 | 100 | 16.16 | $ 1,616.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 669.63 | $ 669.63 |
| 11-05-2024 | 100 | 16.24 | $ 1,624.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 677.63 | $ 677.63 |
| 11-06-2024 | 100 | 15.96 | $ 1,596.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 649.63 | $ 649.63 |
| 11-06-2024 | 100 | 16.05 | $ 1,605.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 658.63 | $ 658.63 |
| 11-08-2024 | 100 | 16.06 | $ 1,606.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 659.63 | $ 659.63 |
| 11-11-2024 | 300 | 16.11 | $ 4,833.00 | | | | | | - | 300 | 300 | $ 09.46 | $ 2,839.13 | $ 1,993.88 | $ 1,993.88 |
| 11-11-2024 | 100 | 16.08 | $ 1,608.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 661.63 | $ 661.63 |
| 11-15-2024 | 100 | 14.89 | $ 1,489.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 542.63 | $ 542.63 |
| 11-15-2024 | 100 | 15 | $ 1,500.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 553.63 | $ 553.63 |
| 11-15-2024 | 100 | 15.11 | $ 1,511.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 564.63 | $ 564.63 |
| 11-18-2024 | 100 | 14.95 | $ 1,495.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 548.63 | $ 548.63 |
| 11-19-2024 | 400 | 14.82 | $ 5,928.00 | | | | | | - | 400 | 400 | $ 09.46 | $ 3,785.50 | $ 2,142.50 | $ 2,142.50 |
| 11-19-2024 | 100 | 14.8 | $ 1,480.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 533.63 | $ 533.63 |
| 11-19-2024 | 100 | 14.76 | $ 1,476.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 529.63 | $ 529.63 |
| 11-20-2024 | 500 | 14.57 | $ 7,285.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 2,553.13 | $ 2,553.13 |
| 12-02-2024 | 100 | 15.5 | $ 1,550.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 603.63 | $ 603.63 |
| 12-02-2024 | 100 | 15.55 | $ 1,555.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 608.63 | $ 608.63 |
| 12-03-2024 | 100 | 15.59 | $ 1,559.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 612.63 | $ 612.63 |
| 12-04-2024 | 100 | 15.43 | $ 1,543.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 596.63 | $ 596.63 |
| 12-04-2024 | 100 | 15.48 | $ 1,548.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 601.63 | $ 601.63 |
| 12-06-2024 | 100 | 15.09 | $ 1,509.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 562.63 | $ 562.63 |
| 12-06-2024 | 100 | 15.14 | $ 1,514.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 567.63 | $ 567.63 |
| 12-06-2024 | 100 | 15.38 | $ 1,538.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 591.63 | $ 591.63 |
| 12-10-2024 | 100 | 14.96 | $ 1,496.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 549.63 | $ 549.63 |
| 12-13-2024 | 100 | 14.86 | $ 1,486.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 539.63 | $ 539.63 |
| 12-13-2024 | 100 | 14.87 | $ 1,487.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 540.63 | $ 540.63 |
| 12-16-2024 | 100 | 14.75 | $ 1,475.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 528.63 | $ 528.63 |
| 12-16-2024 | 100 | 14.72 | $ 1,472.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 525.63 | $ 525.63 |
| 12-16-2024 | 100 | 14.68 | $ 1,468.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 521.63 | $ 521.63 |
| 12-16-2024 | 100 | 14.86 | $ 1,486.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 539.63 | $ 539.63 |
| 12-16-2024 | 100 | 14.98 | $ 1,498.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 551.63 | $ 551.63 |
| 12-19-2024 | 100 | 14.42 | $ 1,442.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 495.63 | $ 495.63 |
| 12-19-2024 | 100 | 14.55 | $ 1,455.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 508.63 | $ 508.63 |
| 12-23-2024 | 100 | 13.95 | $ 1,395.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 448.63 | $ 448.63 |
| 01-31-2025 | 100 | 15.59 | $ 1,559.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 612.63 | $ 612.63 |
| 01-31-2025 | 100 | 15.8 | $ 1,580.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 633.63 | $ 633.63 |
| 02-03-2025 | 100 | 14.94 | $ 1,494.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 547.63 | $ 547.63 |
| 02-03-2025 | 100 | 14.93 | $ 1,493.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 546.63 | $ 546.63 |
| 02-03-2025 | 200 | 14.89 | $ 2,978.00 | | | | | | - | 200 | 200 | $ 09.46 | $ 1,892.75 | $ 1,085.25 | $ 1,085.25 |
| 02-05-2025 | 100 | 14.78 | $ 1,478.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 531.63 | $ 531.63 |
| 02-06-2025 | 100 | 14.98 | $ 1,498.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 551.63 | $ 551.63 |
| 02-07-2025 | 100 | 14.65 | $ 1,465.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 518.63 | $ 518.63 |
| 02-13-2025 | 5 | 14.8 | $ 74.00 | | | | | | - | 5 | 5 | $ 09.46 | $ 47.32 | $ 26.68 | $ 26.68 |
| 02-13-2025 | 5 | 14.99 | $ 74.95 | | | | | | - | 5 | 5 | $ 09.46 | $ 47.32 | $ 27.63 | $ 27.63 |
| 02-21-2025 | 100 | 15.39 | $ 1,539.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 592.63 | $ 592.63 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-21-2025 | 50 | 15.34 | $ 767.00 | | | | | | - | 50 | 50 | $ 09.46 | $ 473.19 | $ 293.81 | $ 293.81 |
| 02-21-2025 | 40 | 15.54 | $ 621.60 | | | | | | - | 40 | 40 | $ 09.46 | $ 378.55 | $ 243.05 | $ 243.05 |
| 02-28-2025 | 100 | 14.83 | $ 1,483.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 536.63 | $ 536.63 |
| 03-03-2025 | 100 | 14.63 | $ 1,463.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 516.63 | $ 516.63 |
| 03-03-2025 | 100 | 14.61 | $ 1,461.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 514.63 | $ 514.63 |
| 03-03-2025 | 100 | 14.74 | $ 1,474.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 527.63 | $ 527.63 |
| 03-03-2025 | 100 | 14.89 | $ 1,489.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 542.63 | $ 542.63 |
| 03-04-2025 | 100 | 14.22 | $ 1,422.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 475.63 | $ 475.63 |
| 03-05-2025 | 100 | 14.35 | $ 1,435.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 488.63 | $ 488.63 |
| 03-14-2025 | 100 | 14.88 | $ 1,488.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 541.63 | $ 541.63 |
| 03-25-2025 | 100 | 14.9 | $ 1,490.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 543.63 | $ 543.63 |
| 03-26-2025 | 100 | 14.52 | $ 1,452.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 505.63 | $ 505.63 |
| 03-26-2025 | 100 | 14.45 | $ 1,445.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 498.63 | $ 498.63 |
| 03-27-2025 | 100 | 14.43 | $ 1,443.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 496.63 | $ 496.63 |
| 03-31-2025 | 300 | 14.38 | $ 4,314.00 | | | | | | - | 300 | 300 | $ 09.46 | $ 2,839.13 | $ 1,474.88 | $ 1,474.88 |
| 04-01-2025 | 100 | 14.15 | $ 1,415.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 468.63 | $ 468.63 |
| 04-01-2025 | 100 | 14.12 | $ 1,412.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 465.63 | $ 465.63 |
| 04-01-2025 | 100 | 14.19 | $ 1,419.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 472.63 | $ 472.63 |
| 04-01-2025 | 100 | 14.38 | $ 1,438.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 491.63 | $ 491.63 |
| 04-01-2025 | 100 | 14.49 | $ 1,449.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 502.63 | $ 502.63 |
| 04-04-2025 | 200 | 13.06 | $ 2,612.00 | | | | | | - | 200 | 200 | $ 09.46 | $ 1,892.75 | $ 719.25 | $ 719.25 |
| 04-04-2025 | 300 | 13.1 | $ 3,930.00 | | | | | | - | 300 | 300 | $ 09.46 | $ 2,839.13 | $ 1,090.88 | $ 1,090.88 |
| 04-04-2025 | 500 | 13.24 | $ 6,620.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 1,888.13 | $ 1,888.13 |
| 04-07-2025 | 500 | 12.22 | $ 6,110.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 1,378.13 | $ 1,378.13 |
| 04-09-2025 | 500 | 11.2 | $ 5,600.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 868.13 | $ 868.13 |
| 04-09-2025 | 500 | 11.27 | $ 5,635.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 903.13 | $ 903.13 |
| 04-10-2025 | 1000 | 11.33 | $ 11,330.00 | | | | | | - | 1000 | 1000 | $ 09.46 | $ 9,463.75 | $ 1,866.25 | $ 1,866.25 |
| 04-11-2025 | 500 | 11.16 | $ 5,580.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 848.13 | $ 848.13 |
| 04-11-2025 | 500 | 11 | $ 5,500.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 768.13 | $ 768.13 |
| 04-15-2025 | 1000 | 11 | $ 11,000.00 | | | | | | - | 1000 | 1000 | $ 09.46 | $ 9,463.75 | $ 1,536.25 | $ 1,536.25 |
| 04-15-2025 | 1000 | 11.12 | $ 11,120.00 | | | | | | - | 1000 | 1000 | $ 09.46 | $ 9,463.75 | $ 1,656.25 | $ 1,656.25 |
| 04-15-2025 | 1000 | 11.26 | $ 11,260.00 | | | | | | - | 1000 | 1000 | $ 09.46 | $ 9,463.75 | $ 1,796.25 | $ 1,796.25 |
| 04-16-2025 | 900 | 10.92 | $ 9,828.00 | | | | | | - | 900 | 900 | $ 09.46 | $ 8,517.38 | $ 1,310.63 | $ 1,310.63 |
| 04-16-2025 | 100 | 10.92 | $ 1,092.00 | | | | | | - | 100 | 100 | $ 09.46 | $ 946.38 | $ 145.63 | $ 145.63 |
| 04-21-2025 | 500 | 10.48 | $ 5,240.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 508.13 | $ 508.13 |
| 04-21-2025 | 500 | 10.62 | $ 5,310.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 578.13 | $ 578.13 |
| 04-21-2025 | 500 | 10.65 | $ 5,325.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 593.13 | $ 593.13 |
| 04-21-2025 | 500 | 10.81 | $ 5,405.00 | | | | | | - | 500 | 500 | $ 09.46 | $ 4,731.88 | $ 673.13 | $ 673.13 |
| **Total:** | **18,900** | | **$ 246,130.55** | | | | | | | **18,900** | **18,900** | | **$ 178,864.88** | **$ 67,265.68** | **$ 67,265.68** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.