# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*May 23, 2025 13:16 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Organon & Co. Securities and Sets a Lead Plaintiff Deadline of July 22, 2025

NEW YORK, May 23, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Organon & Co. ("Organon" or the "Company") (NYSE: OGN) <u>between October 31, 2024, to April 30, 2025, both dates inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Joseph Hauser v. Organon & Co., et al.* (Case No. 2:25-cv-05322) has been commenced in the United States District Court for the District of New Jersey. To get more information **go to:**

[https://zlk.com/pslra-1/organon-co-lawsuit-submission-form](https://zlk.com/pslra-1/organon-co-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of Organon's priorities, particularly, related to capital allocation through quarterly dividends. Notably, defendants concealed the high

priority of Organon's debt reduction strategy following the Company's acquisition of Dermavant, resulting in a 70% decrease for the regular quarterly dividend.

Following this news, the price of Organon's common stock declined dramatically. From a closing market price of $12.93 per share on April 30, 2025, Organon's stock price fell to $9.45 per share on May 1, 2025, a decline of more than 27% in the span of just a single day.

**If you suffered a loss in OGN securities, you have until July 22, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com