# EXHIBIT F

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 10-02-2023 | P | 100 | $ 16.7500 |
| 10-04-2023 | P | 200 | $ 16.1200 |
| 10-06-2023 | P | 100 | $ 16.0400 |
| 10-18-2023 | P | 200 | $ 16.2100 |
| 10-20-2023 | P | 100 | $ 16.0000 |
| 10-23-2023 | P | 100 | $ 15.7000 |
| 10-23-2023 | P | 100 | $ 15.7600 |
| 10-26-2023 | P | 100 | $ 15.4500 |
| 10-27-2023 | P | 100 | $ 15.0900 |
| 10-30-2023 | P | 100 | $ 14.9300 |
| 10-31-2023 | P | 100 | $ 14.6800 |
| 11-01-2023 | P | 300 | $ 14.7400 |
| 11-02-2023 | P | 500 | $ 12.8600 |
| 11-02-2023 | P | 500 | $ 13.2400 |
| 11-02-2023 | P | 400 | $ 13.6000 |
| 11-02-2023 | P | 100 | $ 13.5900 |
| 11-06-2023 | P | 500 | $ 12.6000 |
| 11-06-2023 | P | 500 | $ 13.0500 |
| 11-08-2023 | P | 500 | $ 12.1300 |
| 11-09-2023 | P | 500 | $ 11.6900 |
| 11-09-2023 | P | 500 | $ 11.6900 |
| 11-13-2023 | P | 500 | $ 10.9900 |
| 11-20-2023 | P | 100 | $ 11.2100 |
| 11-21-2023 | P | 200 | $ 11.0900 |
| 11-21-2023 | P | 100 | $ 11.1000 |
| 11-21-2023 | P | 100 | $ 11.1400 |
| 11-24-2023 | P | 1000 | $ 11.2500 |
| 12-06-2023 | P | 1000 | $ 10.9500 |
| 12-08-2023 | P | 1000 | $ 10.9900 |
| 12-08-2023 | P | 1000 | $ 11.0300 |
| 01-09-2024 | S | -1000 | $ 16.2500 |
| 02-14-2024 | P | 100 | $ 16.0800 |
| 02-15-2024 | S | -100 | $ 18.2900 |
| 02-15-2024 | S | -1000 | $ 18.2500 |
| 03-28-2024 | S | -750 | $ 18.8700 |
| 04-12-2024 | P | 50 | $ 17.4800 |
| 05-02-2024 | S | -200 | $ 19.5700 |
| 05-02-2024 | S | -200 | $ 19.5400 |
| 05-02-2024 | S | -100 | $ 19.5100 |
| 05-03-2024 | S | -300 | $ 20.0600 |
| 05-07-2024 | S | -500 | $ 20.9200 |
| 05-15-2024 | S | -465 | $ 21.6800 |
| 08-02-2024 | P | 15 | $ 20.8800 |
| 08-05-2024 | P | 50 | $ 19.8400 |
| 08-06-2024 | P | 100 | $ 17.8300 |
| 08-06-2024 | P | 100 | $ 17.8400 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 08-06-2024 | P | 100 | $ 18.1600 |
| 08-06-2024 | P | 100 | $ 18.6000 |
| 08-26-2024 | S | -500 | $ 23.0200 |
| 09-06-2024 | P | 25 | $ 20.5700 |
| 09-09-2024 | P | 25 | $ 20.3000 |
| 09-10-2024 | P | 25 | $ 19.9800 |
| 09-10-2024 | P | 25 | $ 20.0200 |
| 09-18-2024 | P | 25 | $ 19.6000 |
| 09-18-2024 | P | 25 | $ 19.7300 |
| 09-18-2024 | P | 25 | $ 19.9300 |
| 09-20-2024 | P | 25 | $ 19.5300 |
| 09-20-2024 | P | 25 | $ 19.6400 |
| 09-24-2024 | P | 25 | $ 19.6000 |
| 09-25-2024 | P | 25 | $ 19.0700 |
| 09-25-2024 | P | 25 | $ 19.2700 |
| 09-25-2024 | P | 25 | $ 19.4200 |
| 10-01-2024 | P | 5 | $ 18.7000 |
| 10-02-2024 | P | 25 | $ 18.6000 |
| 10-02-2024 | P | 25 | $ 18.5500 |
| 10-02-2024 | P | 10 | $ 18.6200 |
| 10-02-2024 | P | 5 | $ 18.6700 |
| 10-02-2024 | P | 5 | $ 18.6200 |
| 10-03-2024 | P | 25 | $ 18.2500 |
| 10-03-2024 | P | 25 | $ 18.3800 |
| 10-03-2024 | P | 25 | $ 18.3700 |
| 10-07-2024 | P | 25 | $ 17.8800 |
| 10-07-2024 | P | 25 | $ 17.8600 |
| 10-07-2024 | P | 25 | $ 17.9700 |
| 10-07-2024 | P | 25 | $ 18.2200 |
| 10-08-2024 | P | 25 | $ 18.0500 |
| 10-09-2024 | P | 25 | $ 18.0300 |
| 10-10-2024 | P | 25 | $ 17.7700 |
| 10-10-2024 | P | 25 | $ 17.9000 |
| 10-11-2024 | P | 25 | $ 18.0000 |
| 10-14-2024 | P | 25 | $ 17.8700 |
| 10-15-2024 | P | 25 | $ 17.9900 |
| 10-15-2024 | P | 25 | $ 18.0400 |
| 10-15-2024 | P | 25 | $ 17.9800 |
| 10-17-2024 | P | 100 | $ 17.8500 |
| 10-17-2024 | P | 100 | $ 17.6900 |
| 10-18-2024 | P | 100 | $ 17.5400 |
| 10-21-2024 | P | 50 | $ 17.5400 |
| 10-21-2024 | P | 50 | $ 17.5200 |
| 10-22-2024 | P | 100 | $ 17.3400 |
| 10-22-2024 | P | 100 | $ 17.3300 |
| 10-22-2024 | P | 100 | $ 17.3100 |
| 10-24-2024 | P | 100 | $ 17.1700 |