POMERANTZ LLP
Matthew L. Tuccillo
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com

*Counsel for Lead Plaintiff Movant Nova Scotia Health Employees' Pension Plan and Proposed Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No.  2:25-cv-05322-JXN-CLW<br><br>Hon. Julien Xavier Neals<br><br>CLASS ACTION<br><br>NOTICE OF MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>Motion Date: August 18, 2025 |

*- caption continues on following page -*

|  |  |
| --- | --- |
| BARRY J. LERNER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ORGANON & CO., KEVIN ALI, MATTHEW WALSH and CAMILO ARJONA FERREIRA, <br><br> Defendants. | Case No.  2:25-cv-12983-JXN-CLW <br><br> Hon. Julien Xavier Neals <br><br> <u>CLASS ACTION</u> |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Nova Scotia Health Employees' Pension Plan ("NSHEPP") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (i) consolidating the above-captioned securities fraud class actions; (ii) appointing NSHEPP as Lead Plaintiff to oversee the consolidated action on behalf of a Class of all persons who purchased or otherwise acquired the securities of Organon & Co. during the Class Period at issue, as may be adjusted, currently extending from November 3, 2022 through April 30, 2025, both dates inclusive; and (iii) approving proposed Lead Plaintiff NSHEPP's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, NSHEPP respectfully submits herewith the accompanying Memorandum of Law, Declaration of Matthew L. Tuccillo, Esq., and the exhibits appended thereto, including NSHEPP's Certification.

Dated:  July 22, 2025                    Respectfully submitted,

                                         POMERANTZ LLP

                                         */s/ Thomas H. Przybylowski*
                                         Matthew L. Tuccillo*
                                         Jeremy A. Lieberman*
                                         J. Alexander Hood II*
                                         Thomas H. Przybylowski
                                         600 Third Avenue, 20th Floor

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Lead Plaintiff Movant Nova
Scotia Health Employees' Pension Plan
and Proposed Lead Counsel for the Class*

*\*Pro hac vice applications forthcoming*

2