UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>     Defendants. | Case No. 2:25-cv-05322-JXN-CLW<br><br>Hon. Julien Xavier Neals<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL |
| BARRY J. LERNER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH and CAMILO ARJONA FERREIRA,<br><br>     Defendants. | Case No. 2:25-cv-12983-JXN-CLW<br><br>Hon. Julien Xavier Neals<br><br><u>CLASS ACTION</u> |

WHEREAS, the Court has considered the competing motions for consolidation of the above-captioned actions (the "Related Actions"), appointment of Lead Plaintiff(s), and approval of Lead Counsel;

**IT IS HEREBY ORDERED THAT:**

### I.    <u>CONSOLIDATION OF RELATED ACTIONS</u>

1.    Pursuant to Federal Rule of Civil Procedure 42, the Related Actions are hereby consolidated for all purposes into one action.

2.    These actions shall be referred to herein as the "Consolidated Action." This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

3.    Every pleading in this Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| IN RE ORGANON & CO. SECURITIES LITIGATION | Case No.  2:25-cv-05322-JXN-CLW <u>CLASS ACTION</u> |
|---|---|
| THIS DOCUMENT RELATES TO: | [TITLE OF DOCUMENT] |

4.    When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall

1

list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

5.      This Court requests assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be deemed related to the Consolidated Action and may properly be consolidated as part of this Consolidated Action and thereby subject to the terms of this Order, including the appointment of Lead Plaintiffs and Lead and Liaison Counsel set forth herein.

## II.    MASTER DOCKET AND FILE

6.      A Master Docket and Master File shall be established for the Consolidated Action.  The Master File shall be Case No.  2:25-cv-05322-JXN-CLW.  All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all individual actions in the Consolidated Action, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

### III.   APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

7.     Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints the Nova Scotia Health Employees' Pension Plan ("NSHEPP") as Lead Plaintiff in the Consolidated Action pursuant to §21D(a)(3)(B)(i) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii).  NSHEPP satisfies the requirements for appointment as Lead Plaintiff pursuant to PSLRA §21D(a)(3)(B)(iii), 15 U.S.C. §78u-4(a)(3)(B)(iii).

8.     Lead Plaintiff NSHEPP, pursuant to §21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v), has selected and retained Pomerantz LLP as Lead Counsel for the Class in the Consolidated Action, and its selection is hereby approved.

9.     Lead Counsel shall have the following primary responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

> (a)   to oversee, coordinate, and conduct the preparation of all pleadings;
>
> (b)   to oversee, coordinate, and conduct the briefing and argument of motions;
>
> (c)   to oversee, coordinate, and conduct discovery and discovery-related proceedings;

3

(d)    to oversee, coordinate, and conduct examination of witnesses in depositions;

(e)    to select counsel to act as a spokesperson at pretrial conferences;

(f)    to oversee, coordinate, and conduct all settlement negotiations with counsel for Defendants;

(g)    to oversee, coordinate, and conduct the preparation for trial and the trial of this matter;

(h)    in fulfilling these responsibilities, to delegate work to selected supporting counsel as may be required;

(i)    to supervise any other matters concerning the prosecution, resolution, or settlement of the Action; and

(j)    to call meetings of and otherwise coordinate with the plaintiffs' counsel in any related actions as Lead Counsel deems necessary and appropriate.

10.    No complaint, motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs, nor any expansion or alteration of the class period attempted by any plaintiffs, without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

11.    Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel. No competing or tag-along class actions shall be filed attempting to evade this organization of plaintiffs' counsel.

4

12.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices, as needed.

13.    Lead Counsel shall be the contact between plaintiffs' counsel and shall direct and coordinate the activities of plaintiffs' counsel.

14.    Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

15.    During the pendency of this Consolidated Action, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

        **SO ORDERED.**

Dated: _____, 2025
            Newark, New Jersey

        _____
        HONORABLE JULIEN XAVIER NEALS
        UNITED STATES DISTRICT JUDGE
        DISTRICT OF NEW JERSEY

5