**LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**
Jan Meyer, Esq.
Jordan Gottheim, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: jmeyer@janmeyerlaw.com
        jgottheim@janmeyerlaw.com

*Proposed Liaison Counsel for the Proposed Class*

(*Additional Counsel on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case 2:25-cv-05322-JXN-CLW<br><br>CLASS ACTION<br>**NOTICE OF MOTION OF THOMAS JANIKIAN FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Motion Date: August 26, 2025 |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH, and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case 2:25-cv-12983-JXN-CLW<br><br>CLASS ACTION |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on August 26, 2025, or such other date as the Court designates, and at a time designated by the Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, class member Thomas Janikian ("Janikian") will hereby move this Court, the Honorable Julien Xavier Neals, United States District Judge for the United States District Court for the District of New Jersey, Martin Luther King Building & Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order:

(a)    consolidating the above-captioned related actions;

(b)    appointing Janikian as Lead Plaintiff; and

(c)    approving Janikian's selection of Bernstein Liebhard LLP as Lead Counsel and the Law Offices of Jan Meyer & Associates, P.C. as Liaison Counsel for the proposed class.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Jordan Gottheim. Esq. and exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

1

Dated: July 22, 2025                      Respectfully submitted,

                                          */s/ Jordan Gottheim*
                                          **LAW OFFICES OF JAN MEYER &
                                          ASSOCIATES, P.C.**
                                          Jan Meyer, Esq.
                                          Jordan Gottheim, Esq.
                                          1029 Teaneck Road
                                          Second Floor
                                          Teaneck, New Jersey 07666
                                          Telephone: 201-862-9500
                                          Email: jmeyer@janmeyerlaw.com
                                                 jgottheim@janmeyerlaw.com

                                          *Liaison Counsel for Janikian and Proposed
                                          Liaison Counsel for the Proposed Class*

                                          **BERNSTEIN LIEBHARD LLP**
                                          Laurence J. Hasson
                                          Joseph R. Seidman, Jr.
                                          10 East 40th Street
                                          New York, NY 10016
                                          Telephone: (212) 779-1414
                                          Facsimile: (212) 779-3218
                                          Email:  lhasson@bernlieb.com
                                                  seidman@bernlieb.com

                                          *Counsel for Janikian and Proposed Lead
                                          Counsel for the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I, Jordan Gottheim, hereby certify that on July 22, 2025, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: July 22, 2025                                        */s/ Jordan Gottheim*
                                                           Jordan Gottheim

3