**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case 2:25-cv-05322-JXN-CLW<br><br>CLASS ACTION<br><br>**DECLARATION OF JORDAN GOTTHEIM IN SUPPORT OF THOMAS JANIKIAN'S MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Motion Date: August 26, 2025 |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH, and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case 2:25-cv-12983-JXN-CLW<br><br>CLASS ACTION |

I, JORDAN GOTTHEIM, hereby declare under penalties of perjury that:

1.      I am an attorney licensed to practice before this Court and an associate attorney at the Law Office of Jan Meyer & Associates, P.C.  I submit this Declaration in Support of Thomas Janikian's ("Janikian") Motion for Appointment as Lead Plaintiff and for Approval of Counsel. The matters set forth herein are within my personal knowledge.

00845456;V1

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(I);

Exhibit B:     Janikian's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:     Janikian's Loss Chart; and

Exhibit D:     Firm Résumé of Bernstein Liebhard LLP.


Executed: July 22, 2025                                     */s/ Jordan Gottheim*
                                                            JORDAN GOTTHEIM

00845456;V1                                 1

**CERTIFICATE OF SERVICE**

I, Jordan Gottheim, hereby certify that on July 22, 2025, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.


Dated: July 22, 2025                                   */s/ Jordan Gottheim*
                                                       Jordan Gottheim