**Organon & Co. (OGN)**

FIFO/LIFO Losses
Class Period: 11/03/2022 - 04/30/2025

Hold Price:        $9.4539

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| THOMAS JANIKIAN | 05/12/23 | 500.00 | 20.8850 | 10,442.50 | 07/25/23 | 500.00 | 21.6110 | 10,805.50 | | | |
| | 09/06/23 | 100.00 | 20.4330 | 2,043.30 | 11/21/23 | 100.00 | 11.0250 | 1,102.50 | | | |
| | 09/06/23 | 300.00 | 20.6300 | 6,189.00 | 03/20/24 | 300.00 | 17.8750 | 5,362.50 | | | |
| | 09/06/23 | 193.71 | 20.6300 | 3,996.15 | 01/27/25 | 500.00 | 15.9840 | 7,992.00 | | | |
| | 09/06/23 | 6.29 | 20.6310 | 129.85 | *06/09/25* | *193.71* | *9.9120* | 1,920.01 | | | |
| | 09/06/23 | 100.00 | 20.3700 | 2,037.00 | *06/09/25* | *6.29* | *9.9130* | 62.39 | | | |
| | 09/06/23 | 100.00 | 20.1300 | 2,013.00 | | | | | | | |
| | 09/06/23 | 50.00 | 19.9576 | 997.88 | | | | | | | |
| | 09/06/23 | 50.00 | 19.8476 | 992.38 | | | | | | | |
| | 09/06/23 | 50.00 | 19.8150 | 990.75 | | | | | | | |
| | 09/08/23 | 100.00 | 19.2680 | 1,926.80 | | | | | | | |
| | 09/21/23 | 500.00 | 18.7490 | 9,374.50 | | | | | | | |
| | 09/25/23 | 250.00 | 18.0830 | 4,520.75 | | | | | | | |
| | 09/26/23 | 100.00 | 17.6580 | 1,765.80 | | | | | | | |
| | 09/26/23 | 100.00 | 17.2000 | 1,720.00 | | | | | | | |
| | 09/27/23 | 100.00 | 16.7100 | 1,671.00 | | | | | | | |
| | 09/12/24 | 23.97 | 19.8590 | 476.00 | | | | | | | |
| | 11/04/24 | 400.00 | 16.8950 | 6,758.00 | | | | | | | |
| | 11/04/24 | 114.00 | 16.8999 | 1,926.59 | | | | | | | |
| | 11/04/24 | 106.00 | 16.8995 | 1,791.35 | | | | | | | |
| | 11/04/24 | 380.00 | 16.9000 | 6,422.00 | | | | | | | |
| | 11/14/24 | 1,000.00 | 15.3800 | 15,380.00 | | | | | | | |
| | 12/16/24 | 200.00 | 14.6950 | 2,939.00 | | | | | | | |
| | 12/16/24 | 800.00 | 14.6999 | 11,759.92 | | | | | | | |
| | 03/13/25 | 18.47 | 15.1600 | 279.99 | | | | | | | |
| **THOMAS JANIKIAN Totals** | | **5,642.44** | | **$98,543.51** | | **1,600.00** | | **$27,244.91** | **4,042.438** | **$38,216.76** | **($33,081.85)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale.
(1) Common Stock held as of the date of this filing are valued using the average price of $9.4539 per share.