**COHN LIFLAND PEARLMAN**
 **HERRMANN & KNOPF LLP**
Audra DePaolo
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
ad@njlawfirm.com

Local Counsel for Plaintiff Movant Michigan
Regional Council of Carpenters Annuity Fund

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No. 2:25-cv-05322-JXN-CLW<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION BY MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>**MOTION DATE: August 18, 2025** |

|  |  |
|---|---|
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH, and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case No. 2:25-cv-12983-JXN-CLW |

**PLEASE TAKE NOTICE** that Lead Plaintiff Movant Michigan Regional Council of Carpenters Annuity Fund ("Movant") will move this Court on August 18, 2025, or on a date and at such time as may be designated by the Court, at 50 Walnut Street, Newark, New Jersey 07101, for an order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B): (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff for the putative Class; (3) approving Movant's selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the putative Class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Audra DePaolo in support thereof, including Exhibits A-E, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this Motion.

DATED: July 22, 2025                **COHN LIFLAND PEARLMAN**
                                    **HERRMANN & KNOPF LLP**
                                    *s*/ Audra DePaolo
                                    Audra DePaolo
                                    Park 80 West – Plaza One
                                    250 Pehle Avenue, Suite 401
                                    Saddle Brook, NJ 07663
                                    Telephone: (201) 845-9600
                                    Facsimile: (201) 845-9423
                                    ad@njlawfirm.com

*Local Counsel for [Proposed] Lead Plaintiff Movant Michigan Regional Council of Carpenters Annuity Fund*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Donald A. Broggi (*pro hac vice* forthcoming)
Thomas L. Laughlin, IV (*pro hac vice* forthcoming)
Jonathan M. Zimmerman
Kassandra A. Nelson (*pro hac vice* forthcoming)
Nicholas S. Bruno (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
dbroggi@scott-scott.com
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com
knelson@scott-scott.com
nbruno@scott-scott.com

*Counsel for [Proposed] Lead Plaintiff Movant Michigan Regional Council of Carpenters Annuity Fund and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I caused the motion and related papers by Michigan Regional Council of Carpenters Annuity Fund for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/* Audra DePaolo
Audra DePaolo
