**COHN LIFLAND PEARLMAN**
 **HERRMANN & KNOPF LLP**
Audra DePaolo
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
ad@njlawfirm.com

Local Counsel for [Proposed] Lead Plaintiff Movant Michigan
Regional Council of Carpenters Annuity Fund

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No. 2:25-cv-05322-JXN-CLW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF AUDRA DEPAOLO IN SUPPORT OF MOTION BY MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>**MOTION DATE: August 18, 2025** |

1

| | |
|---|---|
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>    v.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH, and JUAN CAMILO ARJONA FERREIRA,<br><br>                           Defendants. | Case No. 2:25-cv-12983-JXN-CLW |

2

I, Audra DePaolo, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a Partner with the law firm Cohn Lifland Pearlman Herrmann & Knopf LLP, local counsel for [Proposed] Lead Plaintiff Movant Michigan Regional Council of Carpenters Annuity Fund ("Movant") and Scott+Scott Attorneys at Law LLP ("Scott+Scott"), and proposed Lead Counsel for the putative Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation, appointment as Lead Plaintiff, and approval of its selection of Scott+Scott as Lead Counsel for the putative Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:   Notice published May 23, 2025, via *Globe Newswire,* pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

Exhibit B:   Notice published on July 9, 2025, via *PRNewswire*, pursuant to the PSLRA;

Exhibit C:   Movant's Certification and Schedule A;

Exhibit D:   Movant's Loss Chart; and

Exhibit E:   Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 22nd day of July, 2025.

*s/* Audra DePaolo
Audra DePaolo

3