# EXHIBIT A

  

Newsroom

Services

Contact Us

English ˅

Sign In    Register    🔍

🔍  🔔  ☰



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Organon & Co. Securities and Sets a Lead Plaintiff Deadline of July 22, 2025

May 23, 2025 | Source: Levi &
13:16 ET      Korsinsky, LLP

Follow

Company
Profile

Levi & Korsinsky,
LLP

**Industry:**
Specialized
Consumer Services

**Website:**

https://zlk.com

Press Release
Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**



NEW YORK, May 23, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Organon & Co. ("Organon" or the "Company") (NYSE: OGN) between October 31, 2024, to April 30, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Joseph Hauser v. Organon & Co., et al.* (Case No. 2:25-cv-05322) has been commenced in the United States District Court for the District of New Jersey. To get more information **go to:**

https://zlk.com/pslra-1/organon-co-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

Case 2:25-cv-05322-JXN-CF    Document 21-3    Filed 07/22/25    Page 3 of 3 PageID: 515



Newsroom

Services                    Sign In          Register

Contact Us

concealed the high priority of Organon's debt reduction strategy following the Company's acquisition of Dermavant, resulting in a 70% decrease for the regular quarterly dividend.

Following this news, the price of Organon's common stock declined dramatically. From a closing market price of $12.93 per share on April 30, 2025, Organon's stock price fell to $9.45 per share on May 1, 2025, a decline of more than 27% in the span of just a single day.

**If you suffered a loss in OGN securities, you have until July 22, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

**Tags**

Class Action