# EXHIBIT B

# EXTENDED CLASS PERIOD ALERT: Organon & Co. Investors with Substantial Losses Have Opportunity to Lead Securities Class Action Lawsuit

**Robbins Geller Rudman & Dowd** LLP

ATTORNEY ADVERTISING

NEWS PROVIDED BY
**Robbins Geller Rudman & Dowd LLP** ➔
Jul 09, 2025, 09:10 ET

SAN DIEGO, July 9, 2025 /PRNewswire/ -- The law firm of **Robbins Geller Rudman & Dowd LLP** announces that it has filed a class action lawsuit seeking to represent purchasers of Organon & Co. (NYSE: **OGN**) publicly traded securities between November 3, 2022 and April 30, 2025, inclusive (the "Class Period"). Captioned *Lerner v. Organon & Co.*, No. 25-cv-12983 (D.N.J.), the *Organon* class action lawsuit charges Organon and certain of Organon's top executives with violations of the Securities Exchange Act of 1934. A previously filed complaint is captioned *Hauser v. Organon & Co.*, No. 25-cv-05322 (D.N.J.).

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Organon* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-organon-co-class-action-lawsuit-ogn.html**

**You can also contact attorneys <u>J.C. Sanchez</u> or <u>Jennifer N. Caringal</u> of Robbins Geller by calling 800/449-4900 or via e-mail at <u>info@rgrdlaw.com</u>. Lead plaintiff motions for the *Organon* class action lawsuit must be filed with the court no later than Tuesday, July 22, 2025.**

**CASE ALLEGATIONS**: Organon develops and delivers health solutions through prescription therapies and medical devices.

The *Organon* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) Organon faced a higher risk of loss of exclusivity and price erosion as to Nexplanon than implied by its Class Period statements; (ii) as a result, Organon's long-term Nexplanon sales growth was not as strong as defendants' portended during the Class Period, and would not reach $1 billion by the end of fiscal year 2025 (much less upwards of $1.5 billion after that), and that Organon was likely not on track to achieve the $1 billion milestone payment from Merck & Co. on its Nexplanon sales thereafter; (iii) thus, Organon was not on track to achieve, much less maintain, the $1 billion in free cash flow required to sustain its outsized dividend; (iv) consequently, Organon was also not on track to maintain 4.0x debt leverage; (v) as such, Organon might not be able to maintain its corporate debt ratings at their then-current Class Period levels; and (vi) as a result, Organon lacked a reasonable basis to report its Class Period business metrics and financial projections.

The *Organon* class action lawsuit further alleges that on May 1, 2025, in connection with announcing its first quarter 2025 financial results for the interim period ended March 31, 2025, Organon slashed its dividend by 90%, down from 28¢ per share per quarter ($1.16 per share annually) down to just 2¢ per share per quarter (or 8¢ per share annually). According to a quote attributed to Organon's CEO, defendant Kevin Ali, in the press release Organon issued that day, it had "reset [its] capital allocation priorities to accelerate progress towards deleveraging, enabling a path to achieve a net leverage ratio of below 4.0x by year-end," emphasizing that Organon's "primary capital allocation priority" was now "maintaining lower leverage." On this news, the price of Organon stock fell more than 27%.

The plaintiff is represented by Robbins Geller, which has **<u>extensive experience</u>** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **<u>by clicking here</u>**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Organon publicly traded securities during the Class Period to seek appointment as lead plaintiff in the *Organon* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Organon* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Organon* class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the *Organon* class action lawsuit.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud and shareholder litigation. Our Firm has been ranked #1 in the ISS Securities Class Action Services rankings for four out of the last five years for securing the most monetary relief for investors. In 2024, we recovered over $2.5 billion for investors in securities-related class action cases – more than the next five law firms combined, according to ISS. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:

Robbins Geller Rudman & Dowd LLP

J.C. Sanchez, Jennifer N. Caringal

655 W. Broadway, Suite 1900, San Diego, CA 92101

800-449-4900

**info@rgrdlaw.com**

SOURCE Robbins Geller Rudman & Dowd LLP

WANT YOUR COMPANY'S NEWS