# EXHIBIT C

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

We, Tom Lutz and Robert Halik, on behalf of Michigan Regional Council of Carpenters Annuity Fund (the "Annuity Fund"), herby certify that the following is true and correct to the best of our knowledge, information, and belief:

1.      I, Tom Lutz, am Chairman of the Annuity Fund.  I am authorized to make legal decisions on behalf of the Annuity Fund.

2.      I, Robert Halik, am the Secretary of the Annuity Fund.  I am authorized to make legal decisions on behalf of the Annuity Fund.

3.      We have reviewed the Class Action Complaint filed in the action against Organon & Co. for violation of the Federal Securities Laws (the "Complaint"), and authorize the filing of this Certification and a comparable Complaint and/or motion for appointment as Lead Plaintiff.

4.      The Annuity Fund is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

5.      During the Class Period (as defined in the Complaint), the Annuity Fund purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

6.      The Annuity Fund did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

7.      During the three-year period preceding the date on which this Certification is signed, the Annuity Fund has neither served nor sought to serve as a representative party on behalf of a class in a private action arising under the Securities Act or the Exchange Act.

8.      The Annuity Fund will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____ day of July, 2025.

**MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND**

DocuSigned by:

*Tom Lutz*                                    7/11/2025

050709AC554D4FA...

Tom Lutz
Chairman

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____ day of July, 2025.

**MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND**

DocuSigned by:

*Robert Halik*                                    7/11/2025

0533E063EA15475...

Robert Halik
Secretary

# Schedule A

**ORGANON & CO**

Class Period: 11/03/2022 to 04/30/2025

| | **Ticker:** | **OGN** | **Cusip:** | **68622V106** |
|---|---|---|---|---|

**MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND**

| | **DATE** | **SHARES** | **PRICE** |
|---|---|---|---|
| **Purchases:** | 8/9/2024 | 3,500 | $20.15 |
| | 11/14/2024 | 25,900 | $15.43 |