# EXHIBIT D

**LOSS ANALYSIS**

**Class Period: 11/03/2022 to 04/30/2025**

**ORGANON & CO**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **OGN** | **68622V106** | **BLDC8J4** | **US68622V1061** | **$9.46375** | * |

**MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost / Proceeds** |
| Purchase | 8/9/2024 | 3,500 | $20.15 | -$70,525.00 |
| Purchase | 11/14/2024 | 25,900 | $15.43 | -$399,683.62 |
| **Class Period purchases:** | | **29,400** | | **-$470,208.62** |
| | LIFO Retained Purchases: | 29,400 | $9.46375 | $278,234.25 |

**\* Value of retained shares is the mean trading price from 05/01/2025 to 07/22/2025**          **LIFO Gain/(Loss):   -$191,974.37**