# EXHIBIT E



# FIRM RESUME

www.scott-scott.com

Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients. The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in the United States, United Kingdom, and European courts, offering a one-stop shop for international recoupment.

# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997.  The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe.  Today, the Firm is comprised of more than 135 team members, including more than 100 attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, N.Y. and San Diego, C.A., with additional U.S. offices located in Connecticut, Arizona, Delaware, Nebraska, Ohio, Texas, and Virginia.  The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts.  The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance.  They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments.  Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives.  The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring.  The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.

# SECURITIES AND CORPORATE GOVERNANCE

Scott+Scott has extensive experience litigating claims for violations of the federal securities laws on behalf of our municipal, institutional, and individual investor clients, serving as lead counsel in numerous securities class actions brought under the Securities Act of 1933, the Securities Exchange Act of 1934, and other statutes.

Scott+Scott recognizes that, particularly since the passage of the Private Securities Litigation Reform Act of 1995, bringing successful claims for violations of the federal securities laws requires not only significant litigation experience, but also the ability to bring to bear the skills of its in-house investigators and financial analysts (and often outside consultants) to build a case that can survive both early-stage motions to dismiss and later stage motions for summary judgment.  Our philosophy is also based on our view that efforts to negotiate a successful settlement are typically built on the quality of pre-filing investigation diligence, and our willingness to litigate deep into discovery and, if necessary, through summary judgment and trial.

Our securities litigators have experience practicing in state and federal courts across the country. The Firm's attorneys have regularly retained and worked with leading accounting experts, damages experts, and relevant industry experts to build their clients' cases against defendants involved in virtually every type of industry, from pharmaceuticals to dot.coms, from retailers to manufacturers, and from investment banks to accounting firms.  The Firm has also submitted *amicus curiae* briefs to the United States Supreme Court on behalf of its clients on important securities laws issues, including in support of the plaintiffs in *California Public Emps.' Ret. Sys. ANZ Securities, Inc.*, 137 S. Ct. 2042 (2017) and *Cyan Inc. v. Beaver County Emp. Ret. Fund*, 138 S. Ct. 1061 (2018).

When appropriate, Scott+Scott prosecutes actions on a class or individual basis.  Through our commitment to the best interests of those the Firm represents, Scott+Scott has successfully obtained exceptional monetary results and precedent-setting corporate governance reforms on behalf of investors.

# SECURITIES CASE EXAMPLES

**Securities class actions where Scott+Scott currently serves as lead or co-lead counsel include**:

• *Severt v. UiPath, Inc.*, No. 1:23-cv-07908 (S.D.N.Y.);

• *In re Yatsen Holding Limited Sec. Litig.*, No. 1:22-cv-08165 (S.D.N.Y.);

• *City of Southfield Fire and Police Retirement System v. Hayward Holdings, Inc.*, No. 2:23-cv-04146 (D.N.J.);

• *White v. Brooge Energy Limited*, No. 2:24-cv-00959 (C.D. Cal.);

• *Marselis v. Fox Factory Holding Corp.*,No. 1:24-cv-00747 (N.D. Ga)

• *In re SentinelOne, Inc. Sec. Litig.*, No. 4:23-CV-02786 (N.D. Cal.);

• *Sundaram v. Freshworks, Inc.*, No. 3:22-cv-06750 (N.D. Cal.);

• *Strezsak v. Ardelyx Inc.*, No. 4:21-cv-05868 (N.D. Cal.);

• *Golubowski v. Robinhood Mkts.*, No. 3:21-cv-09767 (N.D. Cal.);

• *In re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949 (N.D. Cal.);

• *City of Birmingham Relief and Ret. Sys. v. Acadia Pharms. Inc.*, No. 3:21-cv-00762 (S.D. Cal.);

• *Frouws v. Edgio, Inc.*, et al., No. 2:23-CV-00691 & No. 2:23-CV-01170 (D. Az.);

• *In re Infinity Q Divers. Alpha Fund Sec. Lit.*, No. 651295/2021 (N.Y. Supr. Ct. N.Y. Cnty.);

• *Patel v. Viatris, Inc.*, No. GD-21-13314 (Pa. Ct. Com. Pl.)

• *In re Cloudera, Inc. Secs. Litig.*, No. 19CV348674 (Cal. Super. Ct. Santa Clara Cnty.);

• *In re Slack Techs., Inc. S'holder Litig.*, No. 19CIV05370 (Cal. Super. San Mateo Cnty.);

• *Mancour v. SmileDirectClub, Inc.*, No.: 19-1169-IV (Tenn. Chancery Ct, Davidson Cnty.);

• *Rondini v. Kyverna Therapeutics, Inc.*, No.: 24-cv-08869 (N.D. Cal.);

• *Giraudon v. Innovative Industrial Properties, Inc.*, No. 1:25-cv-00182 (D. MD.);

• *Jewik v. TransMedics group, Inc.*, No. 1:25-cv-10385 (D. Mass.); and

• *In re Actinium Pharmaceuticals, Inc.*, No. 1:25-cv-02553 (S.D.N.Y.).

**Securities class actions which have been resolved where Scott+Scott served as lead or co-lead counsel include:**

• *Alaska Elec. Pension Fund v. Pharmacia Corp.*, No. 03-cv-01519 (D.N.J.) ($164 million settlement);

• *Thurber v. Pharmacia, Inc.*, No. 2:99-cv-10368 (C.D. Cal.) ($122 million);

• *In re LendingClub Corp.S'holder Litig.,* No. CIV 537300 (Cal. Super. Ct, San Mateo Cnty.) (part of $125 global settlement);

• *In re Micro Focus Int'l plc Sec. Litig.*, Lead Case No. 18CIV01549 (CA Super. Ct. San Mateo Cnty.) ($107.5 million settlement);

• *Okla. Firefighters Pens. vs. Newell Brands Inc.*, No. L-003492-18 (N.J. Sup. Ct. Hudson Cnty.) ($102.5 million settlement);

• *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884 (D. Conn.) ($80 million settlement);

• *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.) ($75 million settlement);

• *Cornwell v. Credit Suisse Grp.*, No. 08-cv-03758 (S.D.N.Y.) ($70 million settlement);

• *Policemen's Annuity & Benefit Fund of Chi. v. Bank of Am., N.A.*, No. 12-cv-02865 (S.D.N.Y.) ($69 million settlement);

• *In re Nw. Corp. Sec. Litig.*, No. 4:03-cv-04049 (D.S.D.) ($61 million);

• *In re SanDisk LLC Sec. Litig.*, No. 15-cv-01455 (N.D. Cal.) ($50 million settlement);

• *In re Sprint Sec. Litig.*, No. 00-230077 (Mo. Cir. Ct., Jackson Cnty.) ($50 million);

• *In re Emulex Corp. Sec. Litig.*, No. 8:01-cv-00219 (C.D. Cal.) ($39 million);

• *Weston v. RCS Cap. Corp.*, No. 14-cv-10136 (S.D.N.Y.) ($31 million settlement);

• *In re Greensky Sec. Litig.,* No. 1:18 Civ. 11071 (S.D.N.Y.) ($27.5M settlement);

• *Schnall v. Annuity & Life Re (Holdings) Ltd.*, No. 3:02-cv-02133 (D. Conn.) ($27 million);

• *In re Wash. Mut. Mortg.-Backed Sec. Lit.*, No. 2:09-cv-00037 (W.D. Wash.) ($26 million recovery);

• *ATRS v Insulet Corp.*, No. 15-12345 (D. Mass.) ($19.5 million settlement);

• *In re King Digit. Ent. PLC S'holder Litig.*, No. CGC-15-544770 (Cal. Sup. Ct. San Francisco Cnty.) ($18.5 million settlement);

SCOTT + SCOTT

• *In re Evoqua Water Corp. Sec. Litig.,* No. 1:18-cv-10320 (S.D.N.Y) ($16.65 million settlement);

• *In re Conn's, Inc. Secs. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement);

• *In re DouYu Int'l Hold'gs Ltd. Sec. Litig.*, No. 651703/2020 (N.Y. Supr. Ct. N.Y. Cnty.) ($15 million settlement);

• *Abadilla v. Precigen, Inc.*, No. 5:20-cv-06936 (N.D. Cal.) ($13 million settlement);

• *Collins v. Oilsands Quest Inc.*, No. 11 Civ. 1288 (S.D.N.Y.) ($10.235 million settlement);

• *Kaplan v. S.A.C. Cap. Advisors, L.P.*, No. 1:12cv-9350 (S.D.N.Y.) ($10 million settlement);

• *Rosenberg v. Cliffs Natural Res. Inc.*, No. CV 14 828140 (Ct. Common Pleas Cuyahoga Cnty. Ohio) ($10 million settlement);

• *Erie Cnty. Empl. Ret. Sys. v. NN, Inc*., No. 656462/2019 (N.Y. Supr. Ct. N.Y. Cnty.) ($9.5 million settlement);

• *In re Endochoice Holdings, Inc., Sec. Litig.,* No. 2016 CV 277772 (Ga. Sup. Ct. Fulton Cnty) ($8.5 million settlement);

• *Okla. Police Pension Fund & Ret. Sys. v. Jagged Peak Energy, Inc.*, No. 2017 CV 31757 (Colo. Dist. Ct., Denver Cnty.) ($8.25 million settlement);

• *In re Netshoes Secs. Litig.*, No. 157435/2018 (N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement);

• *City of Omaha Police & Fire Ret. Sys. v. LHC Grp, Inc.*, No. 6:12-CV-01609 (W.D. La.) ($7.85 million settlement);

• *In re Pac. Coast Oil Trust Secs. Litig.*, No. BC550418 (Cal. Sup. Ct. Los Angeles Cnty.) ($7.6 million settlement);

• *In re Pacific Biosci. of C.A., Inc. Sec. Litig.* (Cal. Sup. Ct. San Mateo Cnty.) ($7.6 million recovery);

• *Plymouth Cnty. Contributory Ret. Sys. v. Adamas Pharms., Inc.*, No. RG19018715 (Cal. Sup. Ct. Alameda Cnty.) ($7.5M settlement);

• *St. Lucie Cnty. Fire Dist. Firefighters' Pens. Trust v. Southwestern Energy Co.*, No. 2016-70651 (Tex. Dist. Ct. Harris Cnty.) ($7 million settlement);

• *Jochims v. Oatly Group AB*, No. 1:21-cv-06360 (S.D.N.Y.);

• *Pompano Beach Police and Firefighters Ret. Sys. v. Olo Inc.*, No. 1:22-cv-08228 (S.D.N.Y.); and

• *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.) ($6 million settlement).

# SHAREHOLDER DERIVATIVE CASE EXAMPLES

**Shareholder derivative actions where Scott+Scott currently serves in a sole or leadership role include**:

• *In re Facebook Derivative Litig.*, Consol. No. 2018-0307 (Del. Ch.);

• *Evergreen Capital Mgmt. LLC v. Pacific Coast Energy Co. LP*, No. 20STCV26290 (Cal. Sup. Ct.);

• *In re Alphabet, Inc., S'holder Derivative Litig.*, No. 3:21-cv-09388-RS (N.D. Cal.);

• *Lindsey v. Immelt*, Index No. 2020/19718 (N.Y. Sup. Ct.);

• • *Okla. Firefighters Pension and Ret. Sys. v. Calhoun*, No. 1:24-cv-01200 (E.D. Va.);

• *In re Exelon Corp. Derivative Litig.*, No. 1:21-cv-03611 (N.D. Ill.);

• *Presura v. Casey*, (Del. Ch.);

• *Trimm v. Schultz*, (Wash. Sup. Ct., Kings County); and

• *In re Abbott Lab'ys Infant Formula S'holder Derivative Litig.*, No. 1:22-cv-05513 (N.D. Ill.).

**Representative shareholder derivative actions litigated by Scott+Scott which have been successfully resolved include**:

• *Irving Firemen's Relief & Ret. Fund v. Page*, C.A. No. 2019-0355-Sg (Del. Ch. 2020) ($310 million in funding for corporate governance reform programs over 10 years);

• *In re DaVita Healthcare Partners Derivative Litig.*, No. 13-cv-01308 (D. Colo.) (corporate governance reforms valued at $100 million);

• *Buffalo Grove Police Pension Fund v. Diefenderfer*, No. 19-cv-00062 (E.D. Pa.) (claims vs. Navient Corp. officers & directors settled for corporate governance reforms valued at $139 million);

• *Tharp v. Acacia Commc'ns, Inc.*, No 1:17-cv-11504 (D. Mass.) (claims vs. company and corporate officers & directors settled for corporate governance reforms valued at $57-$71 million);

• *N. Miami Beach Gen. Emps. Ret. Fund v. Parkinson*, No. 10-cv-06514 (N.D. Ill.) (corporate governance reforms valued between $50 and $60 million);

• *In re Marvell Tech. Grp. Ltd. Derivative Litig.*, No. 06-cv-03894 (N.D. Cal.) ($54.9 million settlement and corporate governance reforms);

•*Rudi v. Wexner*, No. 2:20-cv-3068 (S.D. Ohio) ($90 million in funding for corporate governance reform programs over at least 5 years);

•*In re Universal Health Servs., Inc. Derivative Litig.*, No. 2:17-cv-02187 (E.D. Pa.) (Settled for corporate governance reforms conservatively valued at $110 million);

• *In re Altria Group, Inc. Deriv. Litig.*, Consol. No. 3:20-cv-00772 (E.D. Va.) (successfully resolved for corporate governance reforms with multi-year funding commitment of $117 million);

• *In re Symantec Corp. S'holder Deriv. Litig.*, Consol. C.A. No. 2019-0224-JTL (Del. Ch.) (successfully resolved for $12 million cash payment to company and corporate governance reforms);

• *Bottoni v. Hernandez*, No. 20-cv-01442 (S.D. Tex.) (claims vs. Fluor Corporation officers & directors settled for corporate governance reforms with four years of funding estimated at $10 million); and

• *In re World Wrestling Ent., Inc. Derivative S'holder Litig.*, Consol. C.A. No. 2023-0039-JTL (Del. Ch.).

# ACCOLADES

**U.S. News & World Report "Best Law Firms"**

The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

**American Antitrust Institute**

The 2018 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 settlement of 2018, as well as ranking the Firm #1 nationally for aggregate settlements: 2013-2018.

**Global Competition Review**

At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year – Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

**Law 360 Glass Ceiling Report**

Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360. The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm."[1,2] This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

**Center for Constitutional Rights**

Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African-American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1] https://www.law360.com/articles/1310926
[2] https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.

     

# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team. In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.





# ADMISSIONS

**U.S. Admissions:** United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Massachusetts, Michigan (Eastern), Missouri (Eastern), New Jersey, New York (Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Western, and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Connecticut, Delaware, Florida, Maryland, Pennsylvania, Massachusetts, Nebraska, New Jersey, New York, Ohio, West Virginia, Wisconsin, Texas, and the District of Columbia.



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT

### PRACTICE EMPHASIS

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### ADMISSIONS

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

### EDUCATION

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., cum laude, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Delaware, and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters.  He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels.  Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Cap. Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million.  He was lead counsel in *Red Lion Med. Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda,

one of the leading manufacturers of medical anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work. He has been elected to Who's Who Legal: Competition 2015- 2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world. He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015. In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds. For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors. He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement. This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360. He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.



# DONALD A. BROGGI

**PRACTICE EMPHASIS**

Mr. Broggi is engaged in the Firm's securities, antitrust, mass tort, and consumer litigation practices.

**ADMISSIONS**

States of New York and Pennsylvania

**EDUCATION**

Duquesne University School of Law (J.D., 2000); University of Pittsburgh (B.A., 1990)

**HIGHLIGHTS**

Mr. Broggi is a partner in the Firm's New York office and has represented institutional investors, including public pension funds and Taft-union funds in a variety of complex cases, including: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-07789 (S.D.N.Y.): an antitrust class action alleging the world's largest banks conspired to fix the price of foreign currencies ($2.3 billion in settlements to date); *Alaska Elec. Pension Fund v. Bank of Am. Corp.*, No. 14-cv-07126 (S.D.N.Y.): an antitrust class action alleging the world's largest banks conspired to manipulate the ISDAfix rate ($504 million settlement); *Dahl v. Bain Capital Partners*, No. 07-cv-12388 (D. Mass.): an antitrust class action alleging that the nation's largest private equity firms, including KKR, Blackstone, TPG, Carlyle, Bain Capital, and Goldman Sachs, colluded to restrain competition and suppress prices paid to shareholders of public companies in connection with multi-billion dollar leveraged buyouts ($590.5 million settlement); *In re GSE Bonds Antitrust Litigation*, No. 19-cv-01704 (S.D.N.Y.): an antitrust class action alleging manipulation in the market for bonds issued by Government-Sponsored Entities, *e.g.*, Freddie Mac and Fannie Mae ($386.5 million settlement pending final approval); *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.): a securities fraud class action alleging that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by issuing materially false and misleading statements to the market regarding the cancer drug Erbitux ($75 million settlement); *In re Wash. Mut. Mortg.-Backed Sec. Litigation*, No. 09-cv-00037 (W.D. Wash.): a securities fraud class action against Washington Mutual Bank alleging violations of §11 of the Securities Act for misleading investors about the quality of their mortgage-backed securities ($69 million settlement); *In re SanDisk LLC Sec. Litigation*, No. 15-cv-01455 (N.D. Cal.): a securities fraud class action alleging that defendants intentionally inflated the price of the Company's stock by making false and misleading statements and concealing information relating to SanDisk's business, operations, and prospects ($50 million settlement); and *Arkansas Teacher Retirement System v. Insulet Corp.*, No. 15-cv-12345 (D. Mass.): a securities fraud class action alleging Insulet Corporation intentionally inflated the price of the Company's stock by issuing false and misleading statements concerning Insulet's launch of its new insulin infusion system, branded the OmniPod Eros ($19.5 million settlement), among others.



Currently, Mr. Broggi is also representing cities, counties, and other municipalities from Massachusetts, Pennsylvania, New Jersey, and Florida in both state and federal litigation against the manufacturers and distributors of opioid medications.

Mr. Broggi also works with the Firm's institutional investor clients, including hundreds of public pension systems and Taft-Hartley funds throughout the United States, to confirm their funds have proper safeguards in place to ensure against corporate malfeasance, and regularly consults with institutional investors in the United States on issues relating to corporate fraud in the U.S. securities markets, as well as corporate governance issues and shareholder litigation.

Mr. Broggi has lectured at institutional investor conferences throughout the United States on the value of shareholder activism as a necessary component of preventing corporate fraud abuses, including the Texas Association of Public Employee Retirement Systems, Georgia Association of Public Pension Trustees, Michigan Association of Public Retirement Systems, Illinois Public Pension Fund Association, and the Pennsylvania Association of County Controllers, among others.



# MICHAEL BURNETT

**PRACTICE EMPHASIS**

Michael G. Burnett practices complex securities litigation at the firm, where he consults with institutional clients on corporate fraud in the securities markets as well as corporate governance issues.

**ADMISSIONS**

State of Nebraska; United States District Courts: District of Nebraska

**EDUCATION**

Creighton University School of Law (J.D., 1984); Creighton University (B.A. Finance, 1981)

**HIGHLIGHTS**

In addition to his work with the firm, Mr. Burnett has specialized in intellectual property and related law.  His representations include: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.) ($2 billion settlement); *Alaska Electrical Pension Fund v. Bank of America Corporation*, No. 14-cv-7126 (S.D.N.Y) ($325 million settlement); *Dahl v. Bain Capital Partners*, No. 07-cv-12388 (D. Mass.) ($590.5 million settlement).

Michael is also a member of the Nebraska Bar Association.

**PERSONAL LIFE**

Mike and his wife, Mary, are lifelong residents of Nebraska.  The entire Burnett family (7 in all) share a special bond with Creighton University.  Mike played collegiate golf on the Creighton Division 1 golf team.  Mary is a graduate of Creighton University and the University of Nebraska Medical School and was until recently a practicing anesthesiologist.  Mike and Mary have five children.  Three children are graduates of Creighton and two are attending the University.  Two dogs (Tyson and Luna) round out the Burnett family.



# WILLIAM C. FREDERICKS

**PRACTICE EMPHASIS**

William Fredericks' practice focuses primarily on litigating securities and other complex commercial class actions.

**ADMISSIONS**

New York state; United States Supreme Court; United States District Courts for the Southern and Eastern Districts of New York, and the District of Colorado; United States Courts of Appeal for the First, Second, Third, Sixth, and Tenth Circuits

**EDUCATION**

Columbia University Law School, (J.D., 1988); University of Oxford (M. Litt. in International Relations, 1985); Swarthmore College (B.A. in Political Science, high honors, 1983)

**HIGHLIGHTS**

Mr. Fredericks is a partner in the firm's New York office. In addition to serving as lead counsel on behalf of investors in several pending securities fraud actions (including cases against Uber, Evoqua Water Technologies and EndoChoice Holdings). Mr. Fredericks also represents investors in the pending FX antitrust litigation brought against over a dozen leading banks based on their involvement in manipulating foreign exchange ("FX") rates and spreads, and in pending proceedings relating to data security breaches at FaceBook, Inc.

Mr. Fredericks has represented investors as a lead or co-lead counsel for plaintiffs in dozens of securities class actions, including *In re Wachovia Preferred Securities and Bond/Notes Litigation* (S.D.N.Y.) (total settlements of $627 million, reflecting the largest recovery ever in a pure Securities Act case not involving any parallel government fraud claims); *In re Rite Aid Securities Litigation* (E.D. Pa.) (total settlements of $323 million, including the then-second largest securities fraud settlement ever against a Big Four accounting firm); *In re Sears Roebuck & Co. Sec. Litigation* (N.D. Ill.) ($215 million settlement, representing the then-largest §10(b) class action recovery in an action that did not involve either a financial restatement or parallel government fraud claims); *In re State Street Bank and Trust Co. ERISA Litigation* (S.D.N.Y.) (one of the largest ERISA class settlements to date); *In re King Digital Sec. Enter. PLC Shareholder Litigation* (Super. Ct. San Fran. Cty.) ($18.5 million settlement, representing one of the largest state court §11 class action recoveries to date); *Irvine v. ImClone Systems, Inc.* (S.D.N.Y.) ($75 million §10b settlement); *In re Insulet Sec. Litigation* (D. Mass) ($19.75 million §10b settlement), and *In re LendingClub Sec. Litigation* ($125 million §10b and §11 settlement). A consortium of plaintiffs' counsel also chose Mr. Fredericks to present the



(successful) oral argument in opposition to defendants' efforts to dismiss (on grounds of standing) over fifteen separate securities fraud cases before a three judge panel in *In re Mutual Fund Investing Litigation* (*see* 519 F. Supp. 2d 580 (D. Md. 2007)), which later settled for a combined total of several hundred million dollars.  Mr. Fredericks also played a leading role on the team that obtained a rare 9-0 decision for securities fraud plaintiffs in the U.S. Supreme Court in *Merck & Co., Inc. v. Reynolds* (which later settled for $1.052 billion), and he has also co-authored amicus briefs on behalf of clients in a number of other Supreme Court cases (including *Halliburton*, *Amgen*, *ANZ Securities* and *Cyan*) involving various significant securities law issues.

Mr. Fredericks has also represented clients in litigating claims in federal bankruptcy court proceedings, and obtained substantial recoveries from a bankrupt corporation's officers, law firm and outside auditors on behalf of a court-appointed Trustee of a creditor's trust.  *See In re Friedman's, Inc.*, 394 B.R. 623 (S.D. Ga. 2008).  He also currently represents a class of large commercial customers of a bankrupt utility in breach of contract proceedings in *In re FirstEnergy Corp.,* pending before the U.S. Bankruptcy Court for the Northern District of Ohio.

At Columbia Law School, Mr. Fredericks was a three-time Harlan Fiske Stone Scholar, a Columbia University International Fellow, Articles Editor of *The Columbia Journal of Transnational Law*, and winner of Columbia's Beck Prize (property law), Toppan Prize (advanced constitutional law) and Greenbaum Prize (written advocacy).  A three-judge panel chaired by the late Justice Antonin Scalia also awarded Mr. Fredericks the Thomas E. Dewey Prize for best oral argument in the final round of Columbia's Stone Moot Court Honor Competition.  After clerking for the Hon. Robert S. Gawthrop III (E.D. Pa.) in Philadelphia, Mr. Fredericks spent seven years practicing securities and complex commercial litigation at Simpson Thacher & Bartlett LLP and Willkie Farr & Gallagher LLP in New York before moving to the plaintiffs' side of the bar in 1996.

Mr. Fredericks has been recognized in the 2012-21 editions of "America's Best Lawyers" in the field of commercial litigation, in "Who's Who in American Law" (Marquis), and in the New York City "Super Lawyers" listings for securities litigation (2013-21).  In 2020 (inaugural) and 2021 he was named to the LawDragon 500 Lead Plaintiff Attorney list.  He has been a frequent panelist on various securities litigation programs sponsored by the Practising Law Institute (PLI) – including ten years as a panelist on civil liabilities under the federal Securities Act – and has lectured overseas on American class action litigation on behalf of the American Law Institute/American Bar Association (ALI/ABA).  He is also the former chairman of the New York City Bar Association's Committee on Military Affairs and Justice, and a member of the Federal Bar Council.

SCOTT
+
SCOTT

# THOMAS LAUGHLIN

**PRACTICE EMPHASIS**

Thomas Laughlin's practice focuses on securities class action, shareholder derivative, ERISA, and other complex commercial litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: Second, Third, Ninth, and Eleventh Circuits; United States District Courts: Southern and Eastern Districts of New York, Northern District of Florida, District of Columbia, and Eastern District of Michigan

**EDUCATION**

New York University School of Law (J.D., *cum laude*, 2005); Yale University (B.A. History, *cum laude*, 2001)

**HIGHLIGHTS**

Mr. Laughlin is a partner in the New York office and focuses on securities class action, shareholder derivative, ERISA, and other complex commercial litigation.  After graduating from law school, Mr. Laughlin clerked for the Honorable Irma E. Gonzalez, United States District Court Judge for the Southern District of California.

While at Scott+Scott, Mr. Laughlin has worked on several cases that have achieved notable victories, including *Cornwell v. Credit Suisse*, No. 08-3758 (S.D.N.Y.) (securities settlement of $70 million), *In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (securities settlement of $50 million); *Weston v. RCS Capital Corp.*, No. 1:14-cv-10136-GBD (S.D.N.Y.) (securities settlement of $31 million); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770 (Cal. Super. Ct. San Francisco Cnty.) (securities settlement of $18.5 million); and *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million).

Mr. Laughlin also has significant appellate experience, having represented clients in connection with several appellate victories, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Ret. Sys. v. Parkinson*, 727 F.3d 719 (7th Cir. 2013); *Pfeil v. State Street Bank and Trust Co.*, 671 F.3d 585 (6th Cir. 2012); *and King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Sup. 2011).

In 2014, Mr. Laughlin was co-chair of a 13-day bench trial in *Bankers' Bank Northeast v. Berry, Dunn, McNeil & Parker, LLC*, No. 12-cv-00127 (D. Me.).  He represented a consortium of 10 community banks asserting negligence and professional malpractice claims against the former officers and



directors of a bank and its auditor in connection with an $18 million loan made to that bank in September 2008.  Among other things, Mr. Laughlin conducted the cross-examination of all three witnesses from the defendant's auditing firm and the direct examination of plaintiff's auditing expert. The parties to the action succeeded in resolving the action after trial.

Mr. Laughlin has also been named a Super Lawyer for 2021.

# JACOB LIEBERMAN

**PRACTICE EMPHASIS**

Mr. Lieberman is a partner in the Firm's Connecticut office where he principally represents clients in securities litigation matters.

Since joining the Firm, Mr. Lieberman has been involved in a number of high-profile and significant recoveries on behalf of investors, including the classes in *Oklahoma Firefighters Pension & Retirement System v. Newell Brands, Inc.*, No. L-003492-18 (N.J. Super. Ct. Hudson Cnty.) ($102.5 million securities settlement) and *In re Infinity Q Diversified Alpha Fund Securities Litigation*, Index No. 651295/2021 (N.Y. Sup. Ct.) (up to $48 million securities settlement).

Prior to joining the Firm, Mr. Lieberman spent over seven years as an associate in the litigation group of Sullivan & Cromwell LLP. His practice there consisted of representing international companies in complex civil litigation matters—with a focus on antitrust, market manipulation, and RICO cases—as well as in criminal and other regulatory enforcement proceedings.

**ADMISSIONS**

State of New York; United States Courts of Appeals for the Second and Fourth Circuits, United States District Court for the Southern District of New York

**EDUCATION**

Harvard Law School (J.D., *cum laude*, 2014); Vassar College (B.A., General Honors and Departmental Honors in Philosophy, 2009)

**HIGHLIGHTS**

- Ones to Watch: Antitrust Law (2023)

- Ones to Watch: Criminal Defense: White-Collar (2023)

SCOTT
+
SCOTT

# MAX SCHWARTZ

**PRACTICE EMPHASIS**

Max Schwartz's practice focuses on complex civil litigation, often involving financial products and services. He also counsels investment firms and institutional investors on strategies to enhance returns, or recoup losses, through a variety of legal actions.

**ADMISSIONS**

State of New York; United States District Courts: Southern District of New York

**EDUCATION**

New York University School of Law (J.D.); Columbia University (B.A., *cum laude*)

**HIGHLIGHTS**

Max Schwartz is a Partner in the Firm's New York office, focusing on securities matters and complex litigation. He has served as lead counsel in numerous high-stakes cases, recovering hundreds of millions of dollars for institutional investors, hedge funds and other clients. He also advises clients on strategies for using legal rights and remedies to enhance returns or recoup losses on investments.

Mr. Schwartz has expertise in matters involving a wide variety of industries, ranging from financial products to data storage and AI, and has successfully brought novel claims to obtain recoveries for clients. Following the financial crisis, Mr. Schwartz set important precedent involving mortgage-backed securities ("MBS"), arguing the first cases to find that trustees had an obligation to enforce investors' rights and have deficient mortgages repurchased from MBS trusts. In addition to fraud and other securities claims, Mr. Schwartz has significant experience litigating antitrust and shareholder cases as well.

Super Lawyers named Mr. Schwartz a Rising Star and the Legal Aid Society also recognized him with a Pro Bono Service Award for work before the New York Court of Appeals.

**REPRESENTATIVE CASES**

- ***Okla. Firefighters Pens. vs. Newell Brands Inc.,*** No. L-003492-18 (N.J. Sup. Ct. Hudson Cnty.)

- ***Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA***, No. 1:12-cv-2865 (S.D.N.Y.)

- ***In re SanDisk LLC Sec. Litig.***, No. 15-cv-01455 (N.D. Cal.)

- ***Weston v. RCS Capital Corp.,*** No. 1:14-cv-10136 (S.D.N.Y.)

- ***Dahl v. Bain Capital Partners, LLC***, No. 1:07-cv-12388 (D. Mass.)



# JONATHAN M. ZIMMERMAN

**PRACTICE EMPHASIS**

Jonathan ("Jono") Zimmerman represents and counsels individual and institutional clients, including public pension funds, Taft-Hartley funds, family offices and hedge funds, in complex state and federal securities class actions, shareholder derivative actions, and other complex commercial matters throughout the U.S.  Jono also works closely with the Firm's dedicated case starting team to help identify, investigate and initiative complex securities and related actions in the U.S. and abroad.

**ADMISSIONS**

States of New Jersey and Pennsylvania; United States District Courts: District of New Jersey and Eastern District of Pennsylvania; United States Court of Appeals for the Third Circuit

**EDUCATION**

Temple University, Beasley School of Law (J.D); McGill University, Desautels School of Management (Bachelor of Commerce)

**REPRESENTATIVE CASES**

- *Boston Retirement System v. Uber Technologies, Inc.*, No. 3:19-cv-06361-RS (represented state plaintiffs and helped achieve $200 million settlement)

- *In re SanDisk LLC Sec. Litig.*, No. 15-cv-01455 (N.D. Cal.) ($50 million settlement)

- *City of Birmingham Relief and Retirement System v. Hastings*, No. 5:18-cv-02107-BL (N.D. Cal.)

- *In re Universal Health Services, Inc. Derivative Litigation*, No. 2:17-cv-02187 (E.D. Pa.)

**HIGHLIGHTS**

Jono is a partner in the Firm's New York office.  He is the Former Staff Editor of Temple's *International and Comparative Law Journal* and Recipient of Best Paper Award in Advanced Financial Regulations for his work entitled *Corporate Diversions: Short-Term Tax Savings at the Expense of Shareholder Rights*.

Jono is also a former two-time All-Canadian collegiate lacrosse player and co-captain of McGill University's men's varsity team.

SCOTT + SCOTT

# NICHOLAS BRUNO

**PRACTICE EMPHASIS**

Nicholas Bruno is an associate in the Firm's New York office where he focuses primarily on identifying, investigating, and initiating complex federal securities class actions on behalf of individual and institutional shareholders.

While attending Maurice A. Deane School of Law, Nicholas was the Editor-in-Chief of the *Journal of International Business and Law*. Nicholas was also a judicial intern for the Honorable Kathleen Tomlinson, U.S.M.J., at the U.S. District Court, Eastern District of New York, and for the Honorable Robert Miller at the New York State Supreme Court, Appellate Division, Second Department.

Nicholas has served as Co-Chair of the Blockchain Subcommittee of the Information Technology and Cyber Law Committee of the New York City Bar Association (2020-2023).

Nicholas has also co-authored two commentary publications to the U.S. Securities and Exchange Commission ("SEC") on proposed rule changes to the accredited investor definition and to investor protection mechanisms related to the facilitation of blockchain asset management at registered broker-dealers. His work was cited in a recent SEC rule that redefined the accredited investor definition and modernized investor protection standards.

**ADMISSIONS**

State of New York; United States District Court for the Southern District of New York

**EDUCATION**

Hofstra University, Maurice A. Deane School of Law (J.D., 2021); University of St. Thomas (B.A., Political Science, 2018)

**HIGHLIGHTS**

- Tyler Yagman & Nicholas Bruno, Comment Letter on Proposed Rule: Amending the "Accredited Investor" Definition (Mar.15, 2020)

- SEC Accredited Investor, 17 C.F.R. § 230.215 (2020) (citing to note 231 within the Final Rule)

- Nicholas Bruno, *et al.*, Comment Letter on Policy Statement: Custody of Digital Asset Securities by Special Purpose Broker-Dealers (Apr. 12, 2020)



**REPRESENTATIVE CASES**

Mr. Bruno has been actively involved in numerous cases, including *Severt v. UiPath, Inc.*, No. 1:23-cv-07908 (S.D.N.Y.).

# CORNELIA GORDON

**PRACTICE EMPHASIS**

Cornelia Gordon focuses on securities litigation.

**ADMISSIONS**

State of California; State of New York

**EDUCATION**

Duke University School of Law (J.D., 2014); Centre College (B.A., 2010, Summa Cum Laude)

**HIGHLIGHTS**

Cornelia Gordon is an attorney in Scott+Scott's San Diego office.

Prior to joining Scott+Scott, Ms. Gordon worked at a boutique litigation firm where she represented individuals, corporations, and court-appointed receivers and monitors in a variety of white collar civil and criminal matters.  Her practice there consisted primarily of complex civil litigation on both the plaintiff and defense side.  Before that, Cornelia worked as an associate at Sullivan & Cromwell LLP, where her practice focused on government investigations.

SCOTT
+
SCOTT

# MARC J. GRECO

**PRACTICE EMPHASIS**

Mr. Greco is an associate in the Firm's New York office, where he primarily represents clients in securities litigation matters.

**ADMISSIONS**

United States District Courts: Southern District of New York and the Eastern District of New York

**EDUCATION**

William & Mary Law School (J.D., 2018); Boston University (B.A., 2015)

**HIGHLIGHTS**

Prior to joining the Firm, Mr. Greco spent over four years as an associate at two leading defense firms, where he represented clients in all manner of complex civil litigation and arbitration, as well as criminal investigations and regulatory enforcement actions. The practice areas in which he worked ranged from antitrust, unfair competition, and securities to consumer protection, intellectual property, and contracts.

During law school, Mr. Greco served as the Senior Articles Editor of the William & Mary Law Review, and also as a judicial intern to the Honorable Paul E. Davison of the U.S. District Court for the Southern District of New York.

SCOTT
+
SCOTT

# SUSAN HU

**PRACTICE EMPHASIS**

Susan Hu is an associate in the Firm's New York office where she represents clients in securities litigation matters.

Ms. Hu served as a Notes Editor on the NYU Law Review and clerked for Chief Judge Jerome B. Simandle in the District of New Jersey.  Prior to clerking, she worked for the Center for Constitutional Rights, where she litigated national security and international human rights cases. She previously practiced at Arnold & Porter LLP and Dontzin Nagy and Fleissig, LLP, where she focused on complex commercial litigation and product liability cases.

**ADMISSIONS**

United States District Court for the Southern and Eastern Districts of New York; United States District Court for the District of Columbia; United States Court of Appeals for the First Circuit; United States Supreme Court

**EDUCATION**

New York University School of Law (J.D.); Columbia University (B.A.)

**HIGHLIGHTS**

- Clerked for the Honorable Jerome B. Simandle, District of New Jersey

SCOTT
+
SCOTT

# EMILIE B. KOKMANIAN

**PRACTICE EMPHASIS**

Ms. Kokmanian is an associate in the Firm's New York office where she specializes in both federal and state securities litigation on behalf of individual and institutional shareholders.

Prior to joining Scott+Scott, Ms. Kokmanian spent seven years as a litigation associate at a leading class action law firm in Québec where she represented aggrieved shareholders in several high-profile securities class actions pertaining to corporate fraud in the securities markets.  Ms. Kokmanian also practiced in civil and commercial litigation.

**ADMISSIONS**

State of New York; Québec

**EDUCATION**

Université de Montréal (J.D., 2013 & L.L.B., 2011)

**HIGHLIGHTS**

Co-authored with Anais Kadian; Canada: Human Rights Champion or Pawn to Autocratic Regimes in the Global Arms Trade?, Response to the "Final report: Review of export permits to Turkey" published by Global Affairs Canada, House of Commons – Standing Committee on Foreign Affairs and International Development, May 4, 2021

Co–authored with Michael Miarmi; Investigations in Securities Litigation in the U.S.: A Deep Dive Into the Role and Impact of Confidential Witnesses, Développements récents en enquêtes internes et réglem entaires, vol. 522 (2022).

Co–authored with Caroline Larouche, Michael Miarmi and Jonathan S. Carter; The Realities of "Reliance": Understanding Its Role in U.S. and Canadian Securities Class Actions, Colloque national sur l'action collective, vol. 544 (2023).

**REPRESENTATIVE CASES**

Ms. Kokmanian has been involved in several cases, including Bausch Health Companies Inc. c. California State Teachers' Retirement System, 2021 QCCA 1547; California States Teachers' Retirement System c. Bausch Health Companies Inc., 2020 QCCS 275; and Amaya inc. c. Derome, 2018 QCCA 120.

SCOTT
+
SCOTT

# MANDEEP S. MINHAS

**PRACTICE EMPHASIS**

Mr. Minhas is an associate in the Firm's New York office. He specializes in federal and state securities litigation on behalf of individual and institutional shareholders. Before joining Scott+Scott, Mr. Minhas was an associate at a trial firm in New York. He has represented plaintiffs on complex international matters including unfair competition, racketeering, and human trafficking.

**ADMISSIONS**

State of New York; U.S. District Courts for the Southern, Eastern, and Northern Districts of New York

**EDUCATION**

Boston College Law School (J.D., 2020); Columbia University (M.A., 2016); University of Texas (B.A., 2013)

SCOTT + SCOTT

# KASSANDRA NELSON

**PRACTICE EMPHASIS**

Kassandra Nelson's practice focuses on complex consumer, securities and antitrust litigation.

**ADMISSIONS**

State of Texas; State of New York

**EDUCATION**

Southern Methodist University (J.D., 2016); University of Alabama (B.A., *cum laude*, 2012)

**HIGHLIGHTS**

Ms. Nelson is an associate in the firm's New York office where she focuses on consumer, securities and antitrust litigation. In addition, Ms. Nelson consults with the Firm's institutional investor clients, including numerous public pension systems and multi-employer funds to inform clients and ensure that they have proper safeguards in place to monitor and protect against corporate malfeasance in the United States and international finance markets. Ms. Nelson litigates on behalf of public entities against pharmaceutical companies for alleged fraudulent business practices.

During law school, Ms. Nelson received the distinction of Pro Bono Honor Roll upon graduation for her work in Legal Public Service. Ms. Nelson served as a student attorney for SMU's Innocence Clinic, working with the Dallas County Public Defender's Office and New York Innocence Project, and successfully advocated for the release and exoneration of Steven Chaney, freed after wrongfully serving more than 25 years.

**ACTIVE CASES:**

*City of Cambridge v. Purdue Pharma L.P., et al., Civil Action No. 1984CV02854-BLS2 (Mass. Opioid cases)*

*City of New Britain v. Purdue Pharma L.P., d/b/a Purdue Pharma (Delaware) Limited Partnership, et al. (Connecticut opioid cases)*

*Also opioid cases in New Jersey, Pennsylvania, and Virginia.*

**PUBLICATION:**

*Global Trends in Private Damages: The Future of Collective Actions*, Scott, David; Hollway, Belinda; Nelson, Kassandra; Shah, Devi, 13 Competition L. Int'l 137 (2017)



**MEMBERSHIPS:**

- National Association of Public Pension Attorneys (NAPPA)

- National Conference on Public Employee Retirement Systems (NCPERS)

- County Commissioners Association of Pennsylvania (CCAP)

- Pennsylvania State Association of County Controllers (PSACC)

- Texas Association of Public Employee Retirement Systems (TEXPERS)

- Georgia Association of Public Pension Trustees (GAPPT)

- Florida Public Pension Trustees Association (FPPTA)

- International Foundation for Employee Benefit Plans (IFEBP)

- Association of Benefit Administrators (ABA)

# MATTHEW PELLER

**PRACTICE EMPHASIS**

Matthew Peller focuses on securities class actions and other complex shareholder litigation.

**ADMISSIONS**

States of New York and New Jersey; United States District Courts: Southern District of New York, Eastern District of New York, Southern District of Texas, Western District of Pennsylvania, Western District of Wisconsin, District of Colorado; United States Courts of Appeals: United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit; United States Supreme Court

**EDUCATION**

Cornell Law School (J.D., 2006); Cornell University (B.S., Industrial and Labor Relations, 2003)

**HIGHLIGHTS**

Matthew Peller is an attorney in Scott+Scott's New York office.

Mr. Peller has more than 15 years of experience litigating all aspects of complex shareholder actions in federal and state courts, including both prosecuting and defending class and individual securities fraud actions.  Mr. Peller is well-versed in litigating novel procedural, liability, and damages issues, class certification issues, contested fee applications, and settlement objections. He also has extensive experience working on complex litigation involving non-U.S. issuers, including addressing Australian, Brazilian, Canadian, Dutch, English, Israeli, and Mexican law issues.

Following law school, Mr. Peller clerked for the Honorable Roger L. Gregory, United States Circuit Court Judge for the U.S. Court of Appeals for the Fourth Circuit.

Prior to joining Scott+Scott, Mr. Peller defended complex securities and other shareholder actions for more than 10 years at Sullivan & Cromwell LLP and prosecuted individual securities and shareholder actions at Rolnick Kramer Sadighi LLP.

**REPRESENTATIVE CASES**

- *Amici* brief concerning treatment of Pershing Square Tontine SPAC under the Investment Company Act of 1940



**SCOTT + SCOTT**

+ New York
+ London
+ Amsterdam
+ Berlin
+ California
+ Connecticut
+ Virginia
+ Ohio
+ Delaware

© 2020 Scott+Scott Attorneys at Law LLP