**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Walter Alomar*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ORGANON & CO., KEVIN ALI, and MATTHEW WALSH, <br><br> Defendants. | Case No. 2:25-cv-05322-JXN-CLW <br><br> **NOTICE OF WITHDRAWAL OF WALTER ALOMAR'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> **MOTION DATE: August 18, 2025** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Walter Alomar ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. *See* ECF No. 16. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides

that the present movants are either inadequate or atypical and, therefore, unable to

represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

Dated: July 25, 2025                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Walter Alomar*

2

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby certify that on July 25, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Adam M. Apton*

Adam M. Apton