**LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**
Jan Meyer, Esq.
Jordan Gottheim, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: jmeyer@janmeyerlaw.com
        jgottheim@janmeyerlaw.com

*Proposed Liaison Counsel for the Proposed Class*

(*Additional Counsel on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case 2:25-cv-05322-JXN-CLW<br><br>CLASS ACTION<br><br>**NOTICE OF THOMAS JANIKIAN'S NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Motion Date: August 26, 2025 |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH, and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case 2:25-cv-12983-JXN-CLW<br><br>CLASS ACTION |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that lead plaintiff movant Thomas Janikian ("Janikian") appears to lack the largest financial interest of the lead plaintiff movants and, thus, does not oppose the competing motions for lead plaintiff. However, should the lead plaintiff be unable to serve due to Rule 23 impediments or otherwise, Janikian stands ready, willing, and able to serve as lead plaintiff.

Dated: July 25, 2025                    Respectfully submitted,

                                        */s/ Jordan Gottheim*
                                        **LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**
                                        Jordan Gottheim, Esq.
                                        Jan Meyer, Esq.
                                        1029 Teaneck Road, Second Floor
                                        Teaneck, New Jersey 07666
                                        Telephone: 201-862-9500
                                        Email: jmeyer@janmeyerlaw.com
                                               jgottheim@janmeyerlaw.com

                                        *Liaison Counsel for Thomas Janikian*

                                        **BERNSTEIN LIEBHARD LLP**
                                        Laurence J. Hasson
                                        Joseph R. Seidman, Jr.
                                        10 East 40th Street
                                        New York, NY 10016
                                        Telephone: (212) 779-1414
                                        Facsimile: (212) 779-3218
                                        Email:  lhasson@bernlieb.com
                                                seidman@bernlieb.com

                                        *Counsel for Thomas Janikian*

2

**CERTIFICATE OF SERVICE**

I, Jordan Gottheim, hereby certify that on July 25, 2025, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: July 25, 2025                                    */s/ Jordan Gottheim*
                                                        Jordan Gottheim

3