**COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP**
Audra DePaolo
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
ad@njlawfirm.com

Local Counsel for Plaintiff Movant Michigan
 Regional Council of Carpenters Annuity Fund

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>  v. <br><br> ORGANON & CO., KEVIN ALI, and MATTHEW WALSH, <br><br>  Defendants. | Case No. 2:25-cv-05322-JXN-CLW <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> **MOTION DATE: August 18, 2025** |

|  |  |
|---|---|
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   v.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH, and JUAN CAMILO ARJONA FERREIRA,<br><br>         Defendants. | Case No. 2:25-cv-12983-JXN-CLW |

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 22, 2025, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, *et seq.*, putative Class member and [Proposed] Lead Plaintiff movant Michigan Regional Council of Carpenters Annuity Fund ("Movant") timely filed a motion in the above-captioned matter to consolidate the above-captioned related actions, appoint Movant as Lead Plaintiff, and to approve Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the putative Class.  ECF No. 21.

The PSLRA provides the presumption that the "most adequate plaintiff" to represent the interest of class members is the person or group that, among other things, has the "largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears that Movant has not asserted the "largest financial interest."  However, in the event the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Movant remains willing and able to serve as Lead Plaintiff or as a Class representative.

By this notice, Movant does not waive, compromise, or relinquish its rights to participate in this litigation or to receive its share of any recovery to the Class.

1

DATED: August 4, 2025

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**

*s/* Audra DePaolo

Audra DePaolo
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
ad@njlawfirm.com

*Local Counsel for [Proposed] Lead Plaintiff Movant Michigan Regional Council of Carpenters Annuity Fund*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Donald A. Broggi (*pro hac vice* forthcoming)
Thomas L. Laughlin, IV (*pro hac vice* forthcoming)
Jonathan M. Zimmerman
Kassandra A. Nelson (*pro hac vice* forthcoming)
Nicholas S. Bruno (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
dbroggi@scott-scott.com
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com
knelson@scott-scott.com
nbruno@scott-scott.com

*Counsel for [Proposed] Lead Plaintiff Movant Michigan Regional Council of Carpenters Annuity Fund and Proposed Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I caused the Notice of Non-Opposition to Competing Motions For Consolidation, Appointment of Lead Plaintiff, and Approval of Selection of Lead Counsel by Michigan Regional Council of Carpenters Annuity Fund to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

_s/ Audra DePaolo_
Audra DePaolo

3