POMERANTZ LLP
Matthew L. Tuccillo
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com

*Counsel for Lead Plaintiff Movant Nova Scotia Health Employees' Pension
Plan and Proposed Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No.  2:25-cv-05322-JXN-CLW<br><br>Hon. Julien Xavier Neals<br><br><u>CLASS ACTION</u><br><br>NOTICE OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN'S NON-OPPOSITION TO THE MOTION OF TEAMSTERS LOCAL 710 PENSION FUND (DKT. NO. 14)<br><br>Motion Date: August 18, 2025 |

*- caption continues on following page -*

|  |  |
|---|---|
| BARRY J. LERNER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH and CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case No.  2:25-cv-12983-JXN-CLW<br><br>Hon. Julien Xavier Neals<br><br><u>CLASS ACTION</u> |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

The Nova Scotia Health Employees' Pension Plan ("NSHEPP") hereby respectfully advises the Court of NSHEPP's non-opposition to the lead plaintiff motion of Teamsters Local 710 Pension Fund ("Teamsters 710") (Dkt. No. 14).

On July 22, 2025, NSHEPP filed a motion (Dkt. No. 19), pursuant to Federal Rule of Civil Procedure 42 and §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an Order: (1) consolidating the above-captioned securities fraud class actions; (2) appointing NSHEPP as Lead Plaintiff to oversee the consolidated action on behalf of a Class of all persons who purchased or otherwise acquired the securities of Organon & Co. ("Organon") during the Class Period at issue, as may be adjusted, currently extending from November 3, 2022 through April 30, 2025, both dates inclusive; and (3) approving proposed Lead Plaintiff NSHEPP's selection of Pomerantz LLP as Lead Counsel for the Class.  Under the PSLRA, the Court "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be the most capable of adequately representing the interests of class members (hereinafter . . . the 'most adequate plaintiff')."  15 U.S.C. §78u-4(a)(3)(B)(i). NSHEPP respectfully submits that it possesses significant financial interest in this lawsuit, proposes a single highly qualified lead counsel firm, and strongly satisfies

1

Federal Rule of Civil Procedure 23's ("Rule 23") requirements. Thus, NSHEPP would make an effective Lead Plaintiff if appointed.

However, Teamsters 710's motion appears to allege larger losses in Organon's stock. The PSLRA creates a rebuttable presumption favoring the movant that, "in the determination of the court, has the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23[.]" 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). It appears, based on its claimed losses, that Teamsters 710 has triggered the PSLRA's rebuttable presumption.

At this time, NSHEPP does not know of any facts, beyond those already before the Court, informing the statutory presumption's application or impacting Teamsters 710's ability to satisfy Rule 23's requirements. Accordingly, based on the known facts and circumstances, and the record presently before the Court, NSHEPP respectfully submits this non-opposition to Teamsters 710's motion.

NSHEPP remains ready and willing to serve as Lead Plaintiff or otherwise advance the class's interests in this litigation should the Court decline to appoint Teamsters 710 or should any other reason arise during the litigation's future conduct, which NSHEPP will continue to monitor. Regardless, this non-opposition shall have no impact on NSHEPP's membership in the proposed class or its right to share in any recovery obtained for the benefit of class members.

Dated:  August 4, 2025                    Respectfully submitted,

                                          POMERANTZ LLP

                                          */s/ Thomas H. Przybylowski*
                                          Matthew L. Tuccillo
                                          Jeremy A. Lieberman
                                          J. Alexander Hood II
                                          Thomas H. Przybylowski
                                          600 Third Avenue, 20th Floor
                                          New York, New York 10016
                                          Telephone: (212) 661-1100
                                          Facsimile: (917) 463-1044
                                          mltuccillo@pomlaw.com
                                          jalieberman@pomlaw.com
                                          ahood@pomlaw.com
                                          tprzybylowski@pomlaw.com

                                          *Counsel for Lead Plaintiff Movant Nova
                                          Scotia Health Employees' Pension Plan
                                          and Proposed Lead Counsel for the Class*

3