Kevin Cooper
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO P.C.**
5 Becker Farm Road
Roseland, N.J. 07068
(973) 994-1700 phone
kcooper@carellabyrne.com
decklund@carellabyrne.com

Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANON & CO., KEVIN ALI, and MATTHEW WALSH,<br><br>Defendants. | Case No. 2:25-cv-05322<br><br>**NOTICE OF NON-OPPOSITION OF THE OPERATING ENGINEERS TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS** |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., KEVIN ALI, MATTHEW WALSH and JUAN CAMILO ARJONA FERREIRA,<br><br>Defendants. | Case No. 2:25-cv-12983 |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers") respectfully submit this notice of non-opposition with respect to the pending motions for appointment of lead plaintiff, consolidation of related actions and approval of selection of counsel in the above-captioned action.

On July 22, 2025, the Operating Engineers timely filed a motion for appointment of lead plaintiff, consolidation of related actions and approval of selection of counsel in the above-captioned action. *See* ECF No. 15. The Operating Engineers reviewed the competing lead plaintiff motions pending before the Court and determined that, while it is well-qualified to serve as lead plaintiff, it does not have the largest financial interest in this case as required by the PSLRA. This non-opposition shall have no impact on the Operating Engineers' membership in the proposed class, its right to share in any recovery obtained for the benefit of the class, nor its ability to serve as lead plaintiff should the need arise.

DATED:  August 5, 2025

Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

*Counsel for Lead Plaintiff Movant Operating Engineers*

*s/ Kevin Cooper*
Kevin Cooper
Donald A. Ecklund

**CARELLA, BYRNE, CECCHI, BRODY &
AGNELLO P.C.**
5 Becker Farm Road
Roseland, N.J. 07068
(973) 994-1700 phone
kcooper@carellabyrne.com
decklund@carellabyrne.com

*Counsel for Lead Plaintiff Movant Operating
Engineers*