# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ORGANON & CO., et al., )<br><br>Defendants. ) | No. 2:25-cv-05322-JXN-CLW<br><br>CLASS ACTION |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ORGANON & CO., et al., )<br><br>Defendants. ) | No. 2:25-cv-12983-JXN-CLW<br><br>CLASS ACTION |

## ORDER ADMITTING ATTORNEYS *PRO HAC VICE*

THIS MATTER having been opened to the Court by Christopher A. Seeger of Seeger Weiss LLP, counsel for Plaintiff, and the Court having considered the moving papers, and good cause appearing,

IT IS on this 8th day of August, 2025,

ORDERED that Carol V. Gilden and S. Douglas Bunch are hereby admitted *pro hac vice* on behalf of Plaintiff in the above matter, for all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Christopher A. Seeger, and that Mr. Seeger shall enter all appearances and be responsible for all signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Carol V. Gilden and S. Douglas Bunch shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter; and it is further

ORDERED that counsel for the moving party shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection, as required by New Jersey Court Rule 1:21-2(a); and it is further

ORDERED that Carol V. Gilden and S. Douglas Bunch shall each make payment of $250.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c)(3).

*s/ Cathy L. Waldor*
_____
HON. CATHY L. WALDOR, U.S.M.J.