SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
JUSTIN M. SMIGELSKY
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100

*Liaison Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., et al.,<br><br>Defendants. | No. 2:25-cv-05322-JXN-CF<br><br>CLASS ACTION |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANON & CO., et al.,<br><br>Defendants. | No. 2:25-cv-12983-JXN-CF<br><br>CLASS ACTION |

TEAMSTERS LOCAL 710 PENSION FUND'S NOTICE OF RECENT
DEVELOPMENT IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION

Lead Plaintiff movant Teamsters Local 710 Pension Fund respectfully submits this Notice of Recent Development in further support of its motion for appointment as Lead Plaintiff. As demonstrated in Teamsters Local 710 Pension Fund's motion papers, Teamsters Local 710 Pension Fund is clearly the "most adequate plaintiff" within the meaning of the PSLRA. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I); ECF Nos. 14, 29.[1] In addition, all other Lead Plaintiff movants have either withdrawn their motions or filed notices of non-opposition to Teamsters Local 710 Pension Fund's motion, and it is undisputed that the above-captioned related securities class actions should be consolidated. *See* ECF Nos. 22, 23, 27, 28, 30.

The Complaints in the above-captioned actions concern misrepresentations and omissions by Defendant Organon & Co. ("Organon") and certain of its officers and directors, including its now-former Chief Executive Officer, Defendant Kevin Ali ("Ali"), concerning Organon's product Nexplanon, a contraceptive implant, among other things. *See* ECF No. 1; *Lerner v. Organon & Co.*, Case No. 2:25-cv-12983-JXN-CF, ECF No. 1.

On October 27, 2025, Organon filed a Form 8-K with the Securities and Exchange Commission attaching a press release the Company issued that day. *See*

---

[1] Unless otherwise specified, "ECF No. __" refers to docket numbers in *Hauser v. Organon & Co.*, Case No. 2:25-cv-05322-JXN-CF.

Exs. 1, 2 attached hereto.  The Form 8-K and press release announced Defendant Ali's separation from the Company in connection with an investigation by the Company's Audit Committee into Organon's sales practices related to Nexplanon. The matters discussed in the Form 8-K and press release are part of the same course of conduct alleged in the Complaints in these related actions, and Teamsters Local 710 Pension Fund intends to include allegations concerning the matters discussed in the Form 8-K and press release in the amended complaint to be filed in the consolidated action after the Court appoints Lead Plaintiff and consolidates the actions.

Accordingly, Teamsters Local 710 Pension Fund respectfully requests that the Court enter the Proposed Order previously submitted by Teamsters Local 710 Pension Fund appointing Lead Plaintiff and consolidating these actions.  *See* ECF No. 14-6, also submitted as Ex. 3 hereto.

DATED:  October 30, 2025

Respectfully submitted,

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
JUSTIN M. SMIGELSKY


_*s/ Justin M. Smigelsky*_
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
cseeger@seegerweiss.com
sweiss@seegerweiss.com
jsmigelsky@seegerweiss.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

COHEN MILSTEIN SELLERS
  & TOLL PLLC
CAROL V. GILDEN
200 S. Wacker Drive, Suite 2375
Chicago, IL  60606
Telephone: 312/357-0370
cgilden@cohenmilstein.com

- 3 -

- 4 -

COHEN MILSTEIN SELLERS
 & TOLL PLLC
S. DOUGLAS BUNCH
1100 New York Avenue, N.W., Suite 800
Washington, DC  20005-3964
Telephone:  202/408-4600
dbunch@cohenmilstein.com

*Proposed Lead Counsel for Proposed
Lead Plaintiff*