# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) No. 2:25-cv-05322-JXN-CLW |
| Plaintiff, | ) ) CLASS ACTION ) ) |
| vs. | ) ) ) |
| ORGANON & CO., et al., | ) ) ) |
| Defendants. | ) ) ) |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated, | ) ) No. 2:25-cv-12983-JXN-CLW ) ) |
| Plaintiff, | ) CLASS ACTION ) ) |
| vs. | ) ) ) |
| ORGANON & CO., et al., | ) ) ) |
| Defendants. | ) ) ) |

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF
RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4911-9087-7014

Having considered Teamsters Local 710 Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Christopher A. Seeger and all Exhibits thereto in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is **GRANTED**;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *Hauser v. Organon & Co.*, No. 2:25-cv-05322 and *Lerner v. Organon & Co.*, No. 2:25-cv-12983, are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ORGANON & CO. SECURITIES LITIGATION | ) Master File No. 2:25-cv-05322-JXN-CLW |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |
| | ) |

(a)      The file in Case No. 2:25-cv-05322-JXN-CLW shall constitute the master file for every action in the consolidated action.   The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions,

- 1 -

4911-9087-7014

the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of Organon & Co. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Teamsters Local 710 Pension Fund is appointed as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP and Cohen Milstein Sellers & Toll PLLC are approved as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    preparing and filing all pleadings;

- 2 -

- 3 -

(b) briefing and arguing any and all motions;

(c) conducting any and all discovery proceedings including depositions;

(d) settlement negotiations;

(e) pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE

4911-9087-7014