UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JOSEPH HAUSER, Individually and on Behalf of All Others Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> ORGANON & CO., et al., ) <br><br> Defendants. ) | No. 2:25-cv-05322-JXN-CLW <br><br> <u>CLASS ACTION</u> |
| BARRY J. LERNER, Individually and on Behalf of All Others Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> ORGANON & CO., et al., ) <br><br> Defendants. ) | No. 2:25-cv-12983-JXN-CLW <br><br> <u>CLASS ACTION</u> |

**ORDER ADMITTING ATTORNEY *PRO HAC VICE***

THIS MATTER having been opened to the Court by Christopher A. Seeger of Seeger Weiss LLP, counsel for plaintiff Barry J. Lerner and lead plaintiff movant Teamsters Local 710 Pension Fund, and the Court having considered the moving papers, and good cause appearing,

IT IS on this ___6th___ day of _____January_____, 2026, ORDERED that Jeremy Yohannan is hereby admitted *pro hac vice* on behalf of plaintiff Barry J. Lerner and lead plaintiff movant Teamsters Local 710 Pension Fund in the above matter, for all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Christopher A. Seeger, and that Mr. Seeger shall enter all appearances and be responsible for all signed papers and for the conduct of the attorney admitted herewith; and it is further

ORDERED that Jeremy Yohannan shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which she continues to appear *pro hac vice* in this matter; and it is further

ORDERED that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection; and it is further

ORDERED that counsel for the moving party provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and it is further

ORDERED that Jeremy Yohannan shall make payment of $250.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c)(3).

ORDERED in the District of New Jersey on this 6th day of January, 2026.

*s/Cari Fais*

Hon. Cari Fais, U.S.M.J.