**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOSEPH HAUSER,** *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> **ORGANON & CO.**, **KEVIN ALI** and **MATTHEW WALSH,** <br><br> Defendants. <br><hr><br> **BARRY J. LERNER,** *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> **ORGANON & CO.**, **KEVIN ALI, MATTHEW WALSH,** and **JUAN CAMILO ARJONA FERREIRA,** <br><br> Defendants. | Civil Action Nos. <br><br> **25-5322** <br><br> **25-12983** <br><br> **Hon. Julien Xavier Neals, U.S.D.J.** <br><br> **Hon. Cari Fais, U.S.M.J.** <br><br><br> **ORDER** |

Having considered the Motion of Teamsters Local 710 Pension Fund ("Teamsters 710") for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), the Memorandum of Law in Support of the Motion, the Declaration of Christopher A. Seeger with supporting exhibits, and the Reply in Further Support of the Motion, and for good cause shown,

**IT IS ON THIS 6TH DAY OF MARCH, 2026 HEREBY ORDERED THAT:**

1.      Teamsters 710's Motion, (Dkt. No. 14), is **GRANTED**.

1

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned related actions are consolidated for all purposes (the "Consolidated Action").  This Order shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this District or is transferred to this District, and is consolidated with the Consolidated Action.

3.      A Master File is established for this proceeding.  The Master File shall be Case No. 2:25-cv-5322-JXN-CF.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4.      An original of this Order shall be filed by the Clerk in the Master File.

5.      The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

6.      Every pleading in the Consolidated Action shall have the following caption:

| | |
|---|---|
| *In re Organon & Co. Securities Litigation* | Case No. 2:22-cv-05322-JXN-CF |

7.      The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that may properly be consolidated as part of the Consolidated Action.

8.      When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

   a.      file a copy of this Order in the separate file for such action;

   b.      mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case, and to any new defendant(s) in the newly-filed case; and

   c.      make the appropriate entry in the Master Docket for the Consolidated Action.

9.      Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action.  This Order shall apply thereto, unless a party objects to

consolidation or to any provision of this Order within ten (10) days after a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently filed or transferred related action.

10.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Teamsters 710 is appointed to serve as Lead Plaintiff in the Consolidated Action.

11.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Teamsters 710's election of Robbins Geller Rudman & Dowd LLP and Cohen Milstein Sellers & Toll PLLC as Lead Counsel for the class and Seeger Weiss LLP as Liaison Counsel for the class is approved.  Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.  Additionally, Lead Counsel shall have the following responsibilities:

    a.    to brief and argue motions;

    b.    to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c.    to direct and coordinate the examination of witnesses in depositions;

    d.    to act as spokesperson at pretrial conferences;

    e.    to initiate and conduct any settlement negotiations with defendants' counsel;

    f.    to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

    g.    to consult with and employ experts; and

h.   to perform such other duties as may be expressly authorized by further order of this Court.

12.   No motions, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel.

13.   Lead Counsel shall meet and confer with defense counsel on a schedule for filing a consolidated amended complaint as well as for the briefing on any associated motion to dismiss. The parties shall jointly submit a proposed schedule to the undersigned, via ECF, on or before March 16, 2026. If the parties are unable to agree on a proposed schedule, they shall instead submit separate proposals for consideration by that date.

14.   The remaining motions for appointment of lead plaintiff in *Hauser v. Organon & Co.*, No. 25-cv-5322, (Dkt. Nos. 15, 19, and 21), are **DENIED** as moot.

15.   The remaining motion for appointment of lead plaintiff in *Lerner v. Organon & Co.*, No. 25-cv-12983, (Dkt. No. 5), is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: March 6, 2026

*s/ Cari Fais*
Hon. Cari Fais
United States Magistrate Judge

\*\* As *Lerner v. Organon & Co.*, 25-cv-12983 is now part of the Consolidated Action, that case is hereby administratively terminated and shall be closed by the Clerk of Court.

4