**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re Organon & Co. Securities Litigation* | Case No. 2:25-cv-05322-JXN-CF |

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF
JENNIFER CZEISLER**

THIS MATTER having been brought before this Court by application of Defendant Kevin Ali for an Order admitting Jennifer Czeisler to appear and participate in this action *pro hac vice*; and the Court having considered all submissions; and for good cause shown pursuant to Local Civ. R. 101.1(c);

IT IS on this ____12th____ day of _____March_____, 2026, hereby:

ORDERED that the application for the *pro hac vice* admission of Jennifer Czeisler is granted;

IT IS FURTHER ORDERED that Jennifer Czeisler shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court;

IT IS FURTHER ORDERED that Jennifer Czeisler is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that Jennifer Czeisler shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Ct. R. 1:28-2(a), for each year in which she is admitted to appear in this matter;

IT IS FURTHER ORDERED that Jennifer Czeisler shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3); and

**Page 1 of 2**

IT IS FURTHER ORDERED that Jennifer Czeisler shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and

IT IS FURTHER ORDERED that Robert W. Ray, or any another attorney of record for Defendant Kevin Ali authorized to practice in New Jersey and this Court, shall (a) be attorney of record in this matter in accordance with Local Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel for Defendant Kevin Ali; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of this matter.

*s/Cari Fais*

Hon. Cari Fais, U.S.M.J.