SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
JUSTIN M. SMIGELSKY
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100

*Liaison Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| In re Organon & Co. Securities Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 2:25-cv-05322-JXN-CF

**ORDER ADMITTING ATTORNEYS *PRO HAC VICE***

THIS MATTER having been opened to the Court by Christopher A. Seeger of Seeger Weiss LLP, Liaison Counsel for Lead Plaintiff Teamsters Local 710 Pension Fund, and the Court having considered the moving papers, and good cause appearing.

IT IS on this 20th day of March, 2026, ORDERED that Nathan L. Weiser and Brendan R. Schneiderman are hereby admitted *pro hac vice* on behalf of Lead Plaintiff Teamsters Local 710 Pension Fund in the above matter, for all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Christopher A. Seeger, and that Mr. Seeger shall enter all appearances and be responsible for all signed papers and for the conduct of the attorney admitted herewith; and it is further

ORDERED that Nathan L. Weiser and Brendan R. Schneiderman shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter; and it is further

ORDERED that the Nathan L. Weiser and Brendan R. Schneiderman shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and it is further

- 1 -

ORDERED that Nathan L. Weiser and Brendan R. Schneiderman shall make payment of $250.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c)(3).

ORDERED in the District of New Jersey on this 20th day of March, 2026.

*s/Cari Fais*
_____
Hon. Cari Fais, U.S.M.J